UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR   5:22-cr-50141 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Receipt of Child Pornography (18 U.S.C. § 2252A(a)(2)(A)) |
| GARY HECKEL, | |
| Defendant. | Possession of Child Pornography (18 U.S.C. § 2252A(a)(5)(B)) |

The Grand Jury charges:

COUNT I

On or about between July 13, 2021, and December 9, 2021, in the District of South Dakota and elsewhere, the defendant, Gary Heckel, knowingly received any visual depiction, to wit: images contained in the defendant's Dropbox account, using any means or facility of interstate and foreign commerce, and the defendant, Gary Heckel, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the defendant, Gary Heckel, knew the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

COUNT II

On or about December 9, 2021, in the District of South Dakota and elsewhere, the defendant, Gary Heckel, did knowingly possess material that contained an image of child pornography that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by

computer, and that was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, images of child pornography located on the defendant's electronic devices, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

                    FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. If convicted of an offense set forth above, Gary Heckel, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the distribution, receipt, or possession of child pornography. Such property includes, but is not limited to, the following specific items:

a. one Google cellular phone in a clear case;

b. one Google cellular phone with MEID 358275092676184;

c. one Western Digital external hard drive with serial number WXN2EA01A2WL;

d. one Western Digital hard drive with serial number WCANKD608800

e. one Samsung hard drive with serial number 501SJ10X540336;

f. one Western Digital hard drive with serial number WMAJ94349529

g. one Dell hard drive labeled "Gary Heckel";

h. one Cruzer Glide thumb drive, grey and green in color;

i. one Cruzer Glide thumb drive, orange and grey in color;

j. one Vivitar digital camera and binoculars with cord;

k. approximately 66 CDs;

l. an HP laptop with serial number CND8233T3Q;

m. an HP laptop with serial number 2CES280V1F;

n. an HP laptop with serial number 2CE1460XNM;

o. one SanDisk thumb drive, green in color;

p. one Cruzer thumb drive, black in color;

q. one SanDisk thumb drive, blue and grey in color;

r. one HP computer tower with serial number 2MD1190CWM.

A TRUE BILL:

**NAME REDACTED**

Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____