AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Gary Heckel,<br><br>Defendant | ) ) ) ) ) ) ) | Case No.   5:22-cr-50141 |

*RECEIVED U.S. MARSHALS RAPID CITY, SD — 2022 AUG 18 PM 4:20*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gary Heckel                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography          18 U.S.C. § 2252A(a)(2)(A)

Possession of Child Pornography     18 U.S.C. § 2252A(a)(5)(B)

Date:   08/18/2022

*/s/ Matthew Thelen*
Issuing officer's signature

City and state:   Rapid City, South Dakota

Matthew Thelen, Clerk of Court
Printed name and title

### Return

This warrant was received on *(date)* 8/18/22 , and the person was arrested on *(date)* 9/6/22
at *(city and state)* Rapid City, SD .

Date: 9/6/2022

*/s/ Jamin Hartland USM*
Arresting officer's signature

Jamin Hartland USM
Printed name and title

CC: USM-slt