Generated: Oct 31, 2022 1:04PM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1/1



# U.S. District Court

## South Dakota None - Rapid City

Receipt Date: Oct 31, 2022 1:04PM

Gary Heckel

| Rcpt. No: 500000189 | | Trans. Date: Oct 31, 2022 1:04PM | | | Cashier ID: #ST |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 400 | CJA Repayment | DSDX522CR050141 /001<br>GARY HECKEL | 1 | 300.00 | 300.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $300.00 |
| | | | | Total Due: | $300.00 |
| | | | | Total Tendered: | $300.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.