

# U.S. District Court

### South Dakota None - Pierre

Receipt Date: May 1, 2023 5:01PM

Linda Dean

Rapid City, SD 57701

| Rcpt. No: 300000258 | | Trans. Date: May 1, 2023 5:01PM | | | Cashier ID: #AW |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 400 | CJA Repayment | DSDX522CR050141 /001<br>Gary Heckle | 1 | 300.00 | 300.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $300.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $300.00 |
| Total Tendered: | $300.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.