# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Jeffrey L. Viken United States District Judge Presiding

Courtroom Deputy - KLE  
Courtroom - RC #1  
U.S. Probation Officer – Shirley L'Esperance  

Court Reporter – Sheri Not Help Him  
Date – August 14, 2023

## 5:22-cr-50141-01

| United States of America | Sarah Collins |
|---|---|
| Plaintiff, | |
| vs. | |
| Gary Heckel | Ellie Bastian |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:31 p.m.   Enter contested sentencing hearing

Sentence: 240 month's imprisonment, 5 year's supervised release and $100 VAF Restitution deferred. Forfeiture ordered by the Court.

The defendant is advised of his appeal rights.

Upon Government Motion the Court dismisses the remaining count of the Indictment.

2:32 p.m.   Court Adjourned.