# United States District Court
## District of South Dakota
### Office of the Clerk

Central/Northern Division
P.O. Box 7147
Pierre, SD 57501

Southern Division
400 South Phillips,
Room 128
Sioux Falls, SD 57104

Western Division
515 Ninth Street,
Room 302
Rapid City, SD 57701

Matthew W. Thelen
Clerk of Court

Telephone
(605) 330-6600

August 24, 2023

## TRANSMITTAL OF NOTICE OF APPEAL IN A CRIMINAL CASE
### (Prepare a separate Transmittal Form for each defendant.)

| | | |
|---|---|---|
| 1. | **Case Number & Title:** | 5:22-cr-50141-JLV;  USA v. Heckel |
| 2. | **Defendant:** | Gary Heckel |
| | **Prisoner Registry No.:** | 19756-510 |
| | **Prisoner's Address:** | Washington Co. Jail<br>26861 US Highway 34<br>Akron, CO 80720 |
| | **Is Defendant incarcerated?** | Yes |
| 3. | **Date Notice of Appeal filed:** | 08/24/2023 |
| 4. | **Sentence imposed:** | 240 months imprisonment, 5 years supervised release and $100 VAF |
| | **Date sentence imposed:** | 08/14/2023 |
| 5. | **Co-Defendant(s) and case numbers:** | N/A |
| | **Have any Co-Defendants filed a Notice of Appeal?** | N/A |
| | **If yes, date Notice of Appeal and USCOA Case#:** | N/A |
| 6. | **Date of Plea/Verdict:** | 03/24/2023 |
| | **If case went to trial, length of trial:** | N/A |
| 7. | **Court Reporter:** | Sheri Not Help Him<br>515 Ninth St.<br>Rapid City, SD 57701<br>605-399-6007<br>Email: sheri_nothelphim@sdd.uscourts.gov |
| 8. | **Assistant U.S. Attorney:** | Sarah B. Collins<br>U.S. Attorney's Office (Rapid City, SD)<br>515 Ninth Street, Room 201<br>Rapid City, SD 57701<br>(605) 342-7822<br>Email: sarah.b.collins@usdoj.gov |

9.  **Defense Counsel:**  Ellie Bastian
Federal Public Defender's Office
655 Omaha Street, Suite 100
Rapid City, SD 57701
605-343-5110
Email: ellie_bastian@fd.org

**Was defense counsel appointed/retained?**  Appointed

**Is there any reason why defense counsel should not be appointed on appeal?**  No

10. **If counsel has been retained, has the filing fee been paid?**  N/A

11. **Is there a pending motion for IFP?**  No

**If yes, date motion for IFP was filed and document number:**  N/A

12. **Are there any other pending motions?**  No

**If yes, list pending motions and document numbers:**  N/A

13. **Does this case involve minor victims or child porn?**  Yes

14. **Additional comments:**  N/A

Office of the Clerk