1                    UNITED STATES DISTRICT COURT

2                      DISTRICT OF SOUTH DAKOTA

3                          WESTERN DIVISION

4    * * * * * * * * * * * * * * * * * * * * * * * * * *
                                      *
5    UNITED STATES OF AMERICA,        *      CR. 22-50141
                                      *
6                        Plaintiff,   *
                                      *   Rapid City, South Dakota
7         -vs-                        *
                                      *
8    GARY HECKEL,                     *      September 6, 2022
                                      *
9                        Defendant.   *
                                      *
10   * * * * * * * * * * * * * * * * * * * * * * * * * *

11                          TRANSCRIPT OF
         INITIAL APPEARANCE/ARRAIGNMENT/DETENTION HEARING
12
              BEFORE THE HONORABLE DANETA L. WOLLMANN
13                UNITED STATES MAGISTRATE JUDGE

14   * * * * * * * * * * * * * * * * * * * * * * * * * *

15   <u>APPEARANCES</u>:

16   Counsel for Plaintiff:   MS. HEATHER C. SAZAMA
                              U.S. Attorney's Office
17                            515 Ninth St., Room 201
                              Rapid City, SD  57701
18
     Counsel for Defendant:   MS. ELLIE BASTIAN
19                            Federal Public Defender's Office
                              655 Omaha St., Ste. 100
20                            Rapid City, SD  57701

21   Also Present:            MR. GARY HECKEL - Defendant

22   Transcriber:             MS. CHERYL A. HOOK, RMR, CRR
                              U.S. District Court
23                            225 S. Pierre St.
                              Pierre, SD  57501

24

25

1

<u>**INDEX**</u>

2                                                                                       <u>PAGE</u>

3    COURT ADVISES DEFENDANT OF PROCEDURE ...................... 3

4    GOVERNMENT READS INDICTMENT AND ADVISES MAXIMUM PENALTIES .. 5

5    COURT ADVISES DEFENDANT OF RIGHTS ......................... 8

6    DEFENDANT PLEADS NOT GUILTY ............................... 12

7    COURT PROCEEDS WITH DETENTION HEARING .................... 12

8    <u>GOVERNMENT'S WITNESS</u>:           <u>DIRECT</u> <u>CROSS</u> <u>REDIRECT</u> <u>RECROSS</u>

9    JESSE FAGERLAND .................. 13    18         20

10   ARGUMENT BY THE GOVERNMENT COUNSEL ........................ 21

11   ARGUMENT BY DEFENSE COUNSEL ............................... 22

12   COURT TAKES DETENTION UNDER ADVISEMENT .................... 23

13                                # # # #

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court at 2:06 p.m.:)

2              **THE COURT:**  Please be seated.  This is in the matter

3     of the *United States of America versus Gary Heckel*.  It's

4     Criminal File Number 22-50141.

5              Counsel, would you note your appearances for the

6     record.

7              **MS. SAZAMA:**  Heather Sazama for the United States.

8              **MS. BASTIAN:**  Ellie Bastian with Mr. Heckel.

9              **THE COURT:**  And you are Gary Heckel; is that correct?

10    Are you Gary Heckel?

11             **THE DEFENDANT:**  Yes, I am.

12             **THE COURT:**  All right.  We do have some

13    hearing-assistance devices, if you'd like.

14             **THE DEFENDANT:**  Please.

15             **THE COURT:**  Okay.

16         (Hearing assistance device provided.)

17             **THE COURT:**  Testing.  Testing.  Is that one working?

18             **THE DEFENDANT:**  Thank you.

19             **THE COURT:**  All right.  Is that better?

20             **THE DEFENDANT:**  Much better.  Thank you.

21             **THE COURT:**  All right.  Good.

22             Well, the reason why you are in court today, sir, is

23    because the government has filed an indictment against you.  An

24    indictment is a document that charges you with crimes that's

25    been issued by the grand jury.

1              We're going to be doing a number of things today.

2     First, the government is going to tell you what crimes it is

3     that they think that you've committed and the maximum penalties

4     that could apply if the government proves its case.  Second,

5     I'm going to tell you about the rights that you have regarding

6     the proceedings that will take place in your case.  Third, I'll

7     have you enter not guilty pleas.  And then the last thing we'll

8     do today is conduct a detention hearing.

9              I am going to ask you not to do something for me

10    today.  Please do not visit with me about the specific facts of

11    your case.  You'll have an opportunity to talk about the facts

12    later on outside of court with your lawyer, so you can talk

13    about them confidentially.  But I don't want you to say

14    anything here today in open court that could hurt your case

15    later on or be used against you.

16             If you have questions for me, though, on anything

17    other than the facts, you can feel free to ask me those at any

18    time.

19             Can you tell me how old you are, sir?

20             **THE DEFENDANT:**  Seventy-one.

21             **THE COURT:**  Are you able to read, write, and

22    understand English?

23             **THE DEFENDANT:**  Yes.

24             **THE COURT:**  And have you received a copy of the

25    indictment?

1          **THE DEFENDANT:**  Yes.

2          **THE COURT:**  Then, at this time, Ms. Sazama, if would

3   you please read aloud the charges in the indictment.

4          And then when she's finished, she'll state what the

5   maximum penalty is that could apply if the government proves

6   its case.

7          Ms. Sazama.

8          **MS. SAZAMA:**  Thank you, Your Honor.

9          In the matter of *United States of America versus Gary*

10  *Heckel*, the indictment reads:

11          "The Grand Jury charges:

12          "Count I.  On or about between July 13th, 2021, and

13  December 9th, 2021, in the District of South Dakota and

14  elsewhere, the defendant, Gary Heckel, knowingly received any

15  visual depiction, to-wit:  images contained in the defendant's

16  Dropbox account, using any means or facility of interstate and

17  foreign commerce, and the defendant, Gary Heckel, knew the

18  production of such visual depiction involved the use of a minor

19  engaging in sexually explicit conduct, and the defendant, Gary

20  Heckel, knew the visual depiction was of such conduct, all in

21  violation of 18 United States Code Section 2252A(a)(2)(A)."

22          And "Count II.  On or about December 9th, 2021, in

23  the District of South Dakota and elsewhere, the defendant, Gary

24  Heckel, did knowingly possess material that contained an image

25  of child pornography that had been mailed and shipped and

transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to-wit:  images of child pornography located on the defendant's electronic devices, all in violation of 18 United States Code Section 2252A(a)(5)(B)."

The forfeiture allegation reads:

"Number one, the allegations contained in this indictment are re-alleged as if fully here, for the purpose of alleging forfeiture, pursuant to 18 United States Code Section 2253.

"Two, if convicted of an offense set forth above, Gary Heckel, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the distribution, receipt, or possession of child pornography.  Such property includes, but is not limited to, the following specific items:

"A.  One Google cellular phone in a clear case;

"B.  One Google cellular phone with MEID 358275092676184;

"C.  One Western Digital external hard drive with serial number WXN2EA01A2WL;

"D.  One Western Digital hard drive with serial number WCANKD608800;

1      "E.   One Samsung hard drive with serial number

2  501SJ10X540336;

3      "F.   One Western Digital hard drive with serial

4  number WMAJ94349529;

5      "G.   One Dell hard drive labeled "Gary Heckel";

6      "H.   One Cruzer Glide thumb drive, grey and green in

7  color;

8      "I.   One Cruzer Glide thumb drive, orange and grey in

9  color;

10     "J.   One Vivitar digital camera and binoculars with

11  cord;

12     "K.   Approximately 66 CDs;

13     "L.   An HP laptop with serial number CND8233T3Q;

14     "M.   An HP laptop with serial number 2CES280V1F;

15     "N.   An HP laptop with serial number 2CE1460XNM;

16     "O.   One SanDisk thumb drive, green in color;

17     "P.   One Cruzer thumb drive, black in color;

18     "Q.   One SanDisk thumb drive, blue and grey in color;

19  and,

20     "R.   One HP computer tower with serial number

21  2MD1190CWM."

22        The maximum possible penalties, if convicted of

23  Count I, are:~ a mandatory minimum of five years in prison up

24  to 20 years, a $250,000 fine, or both; a mandatory minimum of

25  five years up to life of supervised release; a mandatory

minimum term of five years' incarceration upon each revocation

of supervised release for new felony violations of Chapters

109(a), 110, 117, or Sections 1201 or 1591 of Title 18; and two

additional years of incarceration upon revocation for a

violation of any condition of supervised release not falling

under the aforementioned Title 18 chapters; a $100 special

assessment; a $5,000 assessment unless the Court finds the

defendant to be indigent; and restitution.

And on Count II, ten years' incarceration, a $250,000

fine, or both; a mandatory minimum term of five years up to

life of supervised release, a mandatory minimum term of five

years' incarceration upon each revocation of supervised release

for new felony violations of Chapters 109(a), 110, 117, or

Sections 1201 or 1591 of Title 18; and two additional years of

incarceration upon revocation for a violation of any condition

of supervised release not falling under the aforementioned

Title 18 chapters, a $100 special assessment, a $5,000

assessment unless the Court finds the defendant indigent, and

restitution.

**THE COURT:**  Thank you.

I'm now going to tell you about the rights that you

have.  You have the right to be represented by a lawyer at all

times in your case.  And if you cannot afford to hire a lawyer

with your own money, you have the right to ask the Court to

appoint a lawyer to represent you at the Court's expense.

1    I see that you've completed a financial affidavit.

2  I'm going to take it under advisement.  You do have some

3  assets, and you may be able to afford an attorney.  What I may

4  end up doing is requiring you to make partial payments to the

5  clerk's office to reimburse the public defender's office; but,

6  again, I'll make that determination at a later date.

7    **THE DEFENDANT:**  (Indecipherable.)

8    **THE COURT:**  In any event, I'll appoint Ms. Bastian to

9  represent you.  She'll attend your hearings with you and also

10  be available to meet with you outside of court, so you can

11  discuss your case with her confidentially.

12    Another right that you have is the right to remain

13  silent at all times during your case.  That's why I cautioned

14  you at the beginning of the hearing not to discuss with me the

15  facts of your case.

16    It's the government alone that bears the burden of

17  proving that you've committed the crimes that they've alleged,

18  and the government must prove it beyond a reasonable doubt.

19    You do not have the burden to prove anything or to

20  come forward with any evidence.  Instead, the law presumes that

21  you are innocent unless and until the government proves its

22  case.

23    Now, because of your Fifth Amendment right to remain

24  silent, you cannot be forced to talk to the government or law

25  enforcement about your case if you don't want to.

1          If you've already made a statement to the government

2     or law enforcement sometime prior to today's hearing, you

3     should know that you don't have to continue talking to them.

4     You can assert your right to remain silent right now and say

5     nothing further in your case.

6          If at some point in the future you decide you do want

7     to make a statement or talk to the government, you should know

8     that you can always change your mind, and at any point you can

9     reassert the right to remain silent if you want to stop

10    talking.

11         Finally, you should be aware that any voluntary

12    statements you do make can be used as evidence against you at

13    your trial.

14         Now, you have the right to a jury trial on the

15    charges against you, and the jury would consist of 12 people

16    who come from all walks of life from here in Western

17    South Dakota.  And the jury's job would be to listen to all of

18    the evidence presented by both sides, and at the end the jury

19    will decide whether you are guilty or not guilty.

20         But before a jury could return a verdict of guilt

21    against you, each every member of the jury would unanimously

22    have to find that you're guilty.  In other words, if just one

23    juror voted "not guilty," that would be enough to prevent a

24    verdict of guilt from being entered against you.

25         At your trial, you would have the right to be present

1    in person, the right to have your attorney by your side helping

2    you, the right to see and hear all of the evidence the

3    government introduces against you.  And through your lawyer,

4    you can confront and cross-examine the government's witnesses.

5            At your trial, you're not required to put on any

6    evidence.  But if there are people that you would like to call

7    to testify on your behalf, you have the right to use the

8    Court's subpoena power to make sure that your witnesses show up

9    in court.

10           You also would have the right to testify.  If there

11   were facts and circumstances that you wanted to tell the jury

12   about in your own words, you could take the oath and testify,

13   but you don't have to testify.  Nobody could force you to or

14   call you as a witness against your will.  And that's because

15   the right to remain silent that I told you about continues all

16   throughout and until the end of your case.

17           And if you chose not to testify, the jury could not

18   consider that or hold it against you in any way as they decided

19   on your case.

20           Now, regarding the matter of discovery, pursuant to

21   the Due Process Protections Act, the Court confirms the United

22   States' obligation to disclose to the defendant all exculpatory

23   evidence; that is, evidence that favors a defendant or casts

24   doubt on the United States' case as required by *Brady versus*

25   *Maryland*, and orders the United States to do so.

 1          The failure to disclose exculpatory evidence may

 2   result in consequences, including, but not limited to,

 3   exclusion of evidence, adverse jury instructions, dismissal of

 4   charges, contempt proceedings, disciplinary action, or

 5   sanctions by the Court.

 6          So those are the rights that you have.

 7          Mr. Heckel, did you have any questions about those

 8   rights?

 9          **THE DEFENDANT:**  No, ma'am.

10          **THE COURT:**  All right.  I do need to have you enter a

11   not guilty plea.  So in just a moment, when I read aloud the

12   charge and ask you how you plead, just go ahead and state "not

13   guilty."

14          So, Gary Heckel, to the charge in Count I of the

15   indictment that charges a violation of 18 U.S.C. Section

16   2252A(a)(2)(A), which is receipt of child pornography, how do

17   you plead?

18          **THE DEFENDANT:**  Not guilty.

19          **THE COURT:**  And to the charge in Count II that

20   charges a violation of 18 U.S.C. Section 2252A(a)(5)(B), which

21   is possession of child pornography, how do you plead?

22          **THE DEFENDANT:**  Not guilty.

23          **THE COURT:**  All right.  Thank you.

24          All right.  The last matter is that of the detention

25   hearing.

1          Are the parties ready to proceed with that at this

2    time?

3          **MS. SAZAMA:**  Yes, Your Honor.  The government will be

4    calling one witness for the purposes of detention.  We are

5    moving for detention.  And we'll call Investigator Jesse

6    Fagerland.

7          **THE COURT:**  All right.

8          Ms. Bastian, are you ready to proceed?

9          **MS. BASTIAN:**  Yes.  Thank you.

10         **THE COURT:**  All right.

11         The government may call its witness.

12         **MS. SAZAMA:**  Thank you.  The United States calls

13   Jesse Fagerland.

14         **JESSE FAGERLAND, GOVERNMENT'S WITNESS, SWORN**

15                       **DIRECT EXAMINATION**

16   BY MS. SAZAMA:

17   **Q**    Would you state your name for the record, please.

18   **A**    Jesse Fagerland.  I'm an investigator with the Pennington

19   County Sheriff's Office.  I currently serve on our Internet

20   Crimes Against Children Task Force.

21   **Q**    In that capacity, were you assigned to investigate a cyber

22   tip relating to a Dropbox account that appeared to contain

23   depictions of child pornography?

24   **A**    I was, yes.

25   **Q**    Can you describe how you, first of all, identified the

1   owner of the Dropbox account in question?

2   **A**     So the cyber tip contained a IP address.  I wrote -- or I

3   had a subpoena signed for information regarding that IP

4   address, and it came back to an address on Alta Vista Drive to

5   Gary Heckel.

6   **Q**     Okay.  Can you describe some of the media contained in the

7   original cyber tip?

8   **A**     The original cyber tip contained two files, if I recall,

9   correctly.  One was a video.  It was of a juvenile male

10  approximately 11 years old.  He was masturbating in the back of

11  a vehicle and urinating on his chest.  And the second file was

12  a image of the same juvenile male, supposedly a screenshot of

13  the video.

14  **Q**     Based on your observations relating to the cyber tip, did

15  you get a search warrant to view the contents of the Dropbox

16  account?

17  **A**     I did.

18  **Q**     And what, if anything, of significance did you find inside

19  the Dropbox account?

20  **A**     Additional images and videos that I classified as child

21  pornography.  I think I classified approximately 60 files as

22  child pornography.

23  **Q**     Okay.  Did you also observe in the Dropbox account the

24  media that was contained in the original cyber tip?

25  **A**     I did.

1    **Q**    And based on your observations of the contents of the

2    Dropbox account, did you obtain a search warrant for

3    Mr. Heckel's residence?

4    **A**    I did.

5    **Q**    And pursuant to your search of that residence, were

6    various devices seized?

7    **A**    Yeah.  I think approximately 20 items were seized.

8    **Q**    Did Mr. Heckel agree to speak with you about your

9    investigation?

10    **A**    He did.

11    **Q**    Did he confirm for you whether the Dropbox account you

12    reviewed was his?

13    **A**    Yes.  The Dropbox account had a name associated that was

14    not Gary Heckel's name, but Mr. Heckel did state that he had

15    used that particular name on different occasions, and it was

16    strongly possible that -- that he had used that and that

17    Dropbox account as well.

18    **Q**    Did Mr. Heckel indicate to you what his preference is in

19    terms of the types of child pornography that he used?

20    **A**    If I recall correctly, I believe he told me he prefers

21    right around 13-year-old boys.

22    **Q**    Okay.  Are you aware of whether forensic examiner Hollie

23    Strand has begun the process of examining Mr. Heckel's devices?

24    **A**    She has.

25    **Q**    And have you had an opportunity to view some of the images

1   of child pornography on Mr. Heckel's devices?

2   **A**     I have.

3   **Q**     Can you tell us, please, was one of the devices seized

4   from Mr. Heckel an external hard drive?

5   **A**     Yes.

6   **Q**     And are you aware approximately how many images or files

7   of child pornography has Ms. Strand located on that single

8   device?

9   **A**     She estimated to be just over 75,000 files.

10  **Q**     And in total, are you aware an approximate number of

11  images of child pornography contained on all of Mr. Heckel's

12  devices?

13  **A**     I was told over 100,000 files.

14  **Q**     All right.  And in particular, are you aware of a video

15  contained on one of Mr. Heckel's devices that's particularly

16  significant?

17  **A**     Yes.

18  **Q**     Can you -- have you observed that video?

19  **A**     I have.

20  **Q**     Can you describe for the Court, in general, what the video

21  depicts?

22  **A**     The video is approximately a minute 20 seconds.  It is

23  showing a -- an adult male raping a dead child believed to be

24  approximately four to five years old in a bathtub in a bathroom

25  covered in blood.

**Q**    Are there -- in addition to that, are there other
disturbing images contained in that video file?

**A**    Visually and audio as well, yes.  At the end of a video,
you can see a -- what appears to be a child's leg as if maybe
they're hanging from the ceiling or from something.  And it is
not moving.

**Q**    Can you describe whether you know Gary Heckel's collection
of child pornography to contain images of infants?

**A**    Yes.

**Q**    Are there other, I guess, classifications of the types of
child pornography in Mr. Heckel's collection that you know to
be significant for purposes of sentencing enhancements?

**A**    Sure.  Yeah, there are multiple files that contain images
of -- of infant toddlers.  There are files that contain
bestiality.  There are files that contain bondage, torture.
And a lot of those overlap each other as well.

        **THE COURT:**  These are images or videos?

        **THE WITNESS:**  Both.

**A**    I would -- based on what I've seen, I would imagine -- I
would estimate 30 to 40 percent of what's been classified so
far is video, and the remaining would be images.

**Q**    **(BY MS. SAZAMA)**  Did Mr. Heckel indicate to you whether
he, in fact, had been downloading child pornography?

**A**    He did.

**Q**    Did he make any references to whether he had distributed

1    or traded links for child pornography?

2    **A**    He made that statement, yes.

3    **Q**    Okay.  Did Mr. Heckel indicate to you whether anyone else

4    in his home had access to either his Wifi password or his

5    devices?

6    **A**    I don't recall the Wifi password.  But he was the one that

7    had access to his devices.

8    **Q**    Okay.  All right.

9          **MS. SAZAMA:**  Thank you, investigator.  I don't have

10    any other questions for you.

11          **THE COURT:**  Any cross-examination?

12          **MS. BASTIAN:**  Thank you.

13                    **CROSS-EXAMINATION**

14    **BY MS. BASTIAN:**

15    **Q**    Hello, Investigator Fagerland.

16    **A**    Hello.

17    **Q**    You're familiar with how individuals download porn,

18    generally?

19    **A**    Yes, ma'am.

20    **Q**    And it's common that someone would download a batch of

21    pornography; is that correct?

22    **A**    Correct.

23    **Q**    So it's not necessarily the case that each one of these

24    75,000 to 100,000 videos was obtained individually?

25    **A**    Yeah, I -- I don't have the answer to that.

**Q**    And it could be that someone receives a batch of a lot of
pornography, and these are mixed in with that batch.

**A**    Sure.

**Q**    It could also be that the individual wasn't seeking out
this -- these particular videos.

**A**    With the amount of bondage/torture videos that were
located or infant/toddler -- I guess there were more
infant/toddler -- but with the amount, I would find it
difficult to -- to make that statement, I guess.

**Q**    Okay.  The indictment range is from July of 2021 to
December of 2021.  Is it your understanding that these -- these
images are from that period?

**A**    That's my understanding, yeah.

**Q**    And is it possible that -- it is possible that somebody --
an individual would have these videos and images on devices and
not actually look at them or not actually open each file.

**A**    Is it possible?  Yes.  Is it likely?  No.

**Q**    Law enforcement seized the devices sometime in early to
mid December --

**A**    Mm-hmm.

**Q**    -- of last year; is that right?

**A**    Correct.  Yup.

**Q**    And since that time, there have been no law enforcement
issues with Mr. Heckel; is that right?

**A**    As far as child pornography goes or in general?

1  **Q**    Generally.

2  **A**    I guess -- I think I saw some interaction in fairly recent

3  history where he might have been the victim of maybe a theft or

4  something.  I think that's about it.  Yeah.

5  **Q**    To your knowledge, in none of the videos is Gary present.

6  **A**    To my knowledge, no.

7  **Q**    And Gary wasn't videotaping, to your knowledge.

8  **A**    Correct.

9  **Q**    So Gary's not involved in the production of child

10  pornography.

11  **A**    Not to my knowledge at this point, correct.

12  **Q**    And you know nothing about allegations on -- of hands-on

13  offenses outside of video -- outside the videos and photos you

14  found.

15  **A**    No, I do not.

16  **Q**    Thank you.

17       **MS. BASTIAN:**  I have no other questions.

18       **THE WITNESS:**  Okay.

19       **THE COURT:**  Any redirect?

20       **MS. SAZAMA:**  Yes, Your Honor.

21                    **REDIRECT EXAMINATION**

22  **BY MS. SAZAMA:**

23  **Q**    Investigator, based on your knowledge, training, and

24  experience, you are generally aware whether consuming this type

25  of child exploitation material creates a market for the abuse

1    of live children?

2    **A**    Absolutely.

3    **Q**    Okay.  Thank you.

4            **MS. SAZAMA:**  Nothing else.

5            **THE COURT:**  Does that prompt anything further?

6            **MS. BASTIAN:**  No.  Thank you.

7            **THE COURT:**  You may step down.

8        (Witness excused.)

9            **THE COURT:**  Any other witnesses, Ms. Sazama?

10            **MS. SAZAMA:**  No, Your Honor.

11            **THE COURT:**  Ms. Bastian?

12            **MS. BASTIAN:**  No.  Thank you.

13            **THE COURT:**  Any argument?

14            **MS. SAZAMA:**  Yes, Your Honor.  The government moves

15    for detention based on the presumption intended to the statutes

16    with which Mr. Heckel is charged.

17            I would venture to say the Court is generally

18    familiar with case of *Javier Moreno*, who was the Salvation Army

19    former employee, who was recently sentenced on similar charges.

20            It's the government's understanding that Mr. Heckel's

21    collection far exceeds that number of images in Mr. Moreno's

22    collection.  And, in general, the types of content that

23    Mr. Heckel has been consuming is obviously egregious as

24    Investigator Fagerland's testimony demonstrates.

25            Regardless of whether Mr. Heckel was actively

1  videotaping the exploitation of children, there's no doubt that

2  this type of media consumption creates a market for the abuse,

3  torture, possible murder of children.

4  We're in the process of trying to determine who the

5  people are in the video that Investigator Fagerland testified

6  about.

7  But the evidence here -- although I recognize that

8  many of the factors -- the bail factors with respect to

9  Mr. Heckel weigh in favor of release, I think in this case, in

10  particular, the nature of the -- of the offenses, the

11  circumstances, the weight of the evidence, the fact that these

12  offenses do involve minor children -- real children, the -- the

13  risk of danger to the community by virtue of this kind of

14  exploitation of children cannot be alleviated.

15  It's -- it's such a severe case, Your Honor, that we

16  are asking for detention to -- to prevent any further harm and

17  any further consumption of this type of child pornography.

18  Thank you.

19  **THE COURT:** Ms. Bastian.

20  **MS. BASTIAN:** Thank you, Your Honor.

21  Before the hearing, I know that Investigator

22  Fagerland spoke with Gary's wife, Linda, briefly to warn her

23  about what would be discussed in this hearing. And I also

24  spoke with her and told her explicitly that what we're going to

25  hear about is that, allegedly, on one of these devices was

1  found a video involving the rape of a dead child.

2          And I said, "Knowing that right now, that this is not

3  just --" she -- she knew what he had been charged with.  But I

4  said, "This is the nature of the allegations against him.  And

5  would you still be okay with him returning home?  Is that an

6  option?"  And she said yes.

7          She understands there are issues.  She understands

8  the nature of -- of the issues, and she said it's still okay

9  for him to return home.

10          So we are requesting release.  This is somebody who

11  has no criminal history whatsoever, who has ties to the

12  community.  He has a house in the community.  He has been here

13  for over two years.  And there's no allegation whatsoever that

14  he's a threat to the community.

15          So on the basis of the bail report and the fact that

16  the release plan is still viable, we believe that there are

17  conditions -- either the ones listed by probation or additional

18  conditions -- that can be in place so that Mr. Heckel can live

19  in the community while his case is pending.  Thank you.

20          **THE COURT:**  Thank you.

21          Well, I am not going to rule from the bench today.

22  What I'm going to do is take this under advisement.

23          Just as a -- a general statement of what the law is,

24  Mr. Heckel, is, in release and detention hearings, I always

25  apply a statute -- I'm required to -- that's at 18 U.S.C.

1    Section 3142.  That's known as the Bail Reform Act.

2           And the Court is required to weigh a number of

3    factors to determine whether you should be detained pending

4    trial or if there's conditions that you could be released upon

5    that would ensure the safety of the community and your

6    appearance in court.

7           That analysis always in every case starts with the

8    nature of the charges.  There are some crimes -- this is one of

9    them -- that carry what's called a "rebuttable presumption of

10   detention."

11          In other words, Congress has said that there are some

12   crimes -- and this is -- both of them -- these are serious

13   enough that when people are charged with them, they should be

14   held in custody pending trial unless there is evidence

15   rebutting that, demonstrating that you're not a flight risk and

16   not a danger to the community.

17          And I weigh a number of factors, including if the

18   crime involves a minor victim.  Here, it does.  That weighs in

19   favor of detention.

20          And then I'm to consider the weight of the evidence

21   against the person.  Here, the government has put on evidence

22   regarding documents found in your possession as well as

23   admissions that that you own those Dropbox accounts.  You've

24   even indicated what your preference of child pornography is.

25   So that information does weigh in favor of detention.

25

1          The rest of the factors all do weigh in favor of

2    release as the government has noted.  And they include your

3    history and characteristics, including your character, your

4    physical and mental condition, your family ties, your

5    employment history, your financial resources, your length of

6    residence in the community, your community ties, your past

7    conduct, and your history relating to drug or alcohol abuse,

8    and your record appearances in court.

9          Now, unsurprisingly, because we receive a lot of

10   these cases, people come before the Court with relatively

11   little to no criminal history, as you have.

12         You own a home in this community.  You have a wife

13   who's here supporting you.  You have a release plan.  You've

14   had a history of having businesses.  You really have no mental

15   health condition or addiction issues.

16         And so what the Court is going to consider in the

17   next couple of days is whether you should be detained on,

18   essentially, the weight of the evidence, your admission, and

19   whether it's proper for the Court to consider, as a prong for

20   danger to the community, is, by possessing these items, if you

21   present a danger to the community, that being the larger

22   community, because people are being victimized in these videos.

23   They are live people.  This isn't a victimless crime.  It's a

24   bit of a novel argument that I've not heard before from the

25   United States.

1        I would note for the record that, as I was listening

2    to the testimony here, I was reminded of the *Moreno* case.  And

3    in that case, that gentleman did receive 210 months of a

4    sentence strictly for possessing these types of videos.

5        There, I did detain that individual.  Again, he had

6    no criminal -- prior criminal history.  A factor in that case,

7    which was present, however, was that he had a history of an

8    opportunity of being around children and working with the

9    Salvation Army and at a children's camp.  And so that was of

10   particular trouble in that case.

11       But, again -- so the new question presented to the

12   Court is whether you should be detained on the basis of -- that

13   your conduct victimizes the larger community, or if that's --

14   the Court needs to solely focus on whether there are live

15   victims in this case which are being victimized.  And so I'm

16   going to sort through that and do some research in the next

17   couple of days to see what other courts are doing.

18       So I'm going to take the matter under advisement.  I

19   believe that our record is complete in regards to the factors

20   to be considered, the evidence the Court is going to weigh in

21   making a decision whether to release or detain you.  And I

22   don't anticipate that I'm going to make the -- probably today

23   or tomorrow -- it may take me several days because it is a very

24   complicated issue.  It's a very serious issue that the Court

25   needs to grapple with in reaching an appropriate result.

1            All right.  Is there anything further that we need to

2   address, then, today on the record?

3            **MS. SAZAMA:**  No, Your Honor.  Thank you.

4            **MS. BASTIAN:**  No.  Thank you.

5            **THE COURT:**  All right.  Thank you.  We'll be

6   adjourned.

7        (End of proceedings at 2:37 p.m.)

8                          # # # #

1   UNITED STATES DISTRICT COURT
    DISTRICT OF SOUTH DAKOTA        SS      CERTIFICATE OF REPORTER

2   CENTRAL DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

3         I, Cheryl A. Hook, official United States District
    Court Reporter, Registered Merit Reporter, Certified Realtime

4   Reporter and Notary Public, hereby certify that the above and
    foregoing transcript has been transcribed to the best of my

5   ability from the District Court's FTR recording system
    consisting of pages 1 through 27.

6         I further certify that I am not a relative or
    employee or attorney or counsel of any of the parties hereto,

7   nor a relative or employee of such attorney or counsel; nor do
    I have any interest in the outcome or events of the action.

8         IN TESTIMONY WHEREOF, I have hereto set my hand
    and official seal this 13th day of September, at Pierre,

9   South Dakota.

                            */s/ Cheryl A. Hook*

10   _____

                   CHERYL A. HOOK, RMR, CRR

11                Court Reporter and Notary Public
                   225 S. Pierre St. #420

12                Pierre, SD  57501
                   Phone: (605) 945-4626

13                Email: cheryl_hook@sdd.uscourts.gov
                   My Commission Expires: 04-01-2026

14

15

16

17

18

19

20

21

22

23

24

25

BY MS. BASTIAN: [1] 18/14
BY MS. SAZAMA: [2] 13/16 20/22
MS. BASTIAN: [8] 3/8 13/9 18/12 20/17 21/6 21/12 22/20 27/4
MS. SAZAMA: [10] 3/7 5/8 13/3 13/12 18/9 20/20 21/4 21/10 21/14 27/3
THE COURT: [28] 3/2 3/9 3/12 3/15 3/17 3/19 3/21 4/21 4/24 5/2 8/20 9/8 12/10 12/19 12/23 13/7 13/10 17/17 18/11 20/19 21/5 21/7 21/9 21/11 21/13 22/19 23/20 27/5
THE DEFENDANT: [11] 3/11 3/14 3/18 3/20 4/20 4/23 5/1 9/7 12/9 12/18 12/22
THE WITNESS: [2] 17/18 20/18

$
$100 [2] 8/6 8/17
$250,000 [2] 7/24 8/9
$5,000 [2] 8/7 8/17

0
04-01-2026 [1] 28/13

1
100 [1] 1/19
100,000 [2] 16/13 18/24
109 [2] 8/3 8/13
11 [1] 14/10
110 [2] 8/3 8/13
117 [2] 8/3 8/13
12 [1] 10/15
1201 [2] 8/3 8/14
13-year-old [1] 15/21
13th [2] 5/12 28/8
1591 [2] 8/3 8/14
18 [10] 5/21 6/7 6/11 8/3 8/6 8/14 8/17 12/15 12/20 23/25

2
20 [3] 7/24 15/7 16/22
201 [1] 1/17
2021 [5] 5/12 5/13 5/22 19/10 19/11
2022 [1] 1/8
2026 [1] 28/13
210 [1] 26/3
22-50141 [2] 1/5 3/4
225 [2] 1/23 28/11
2252A [4] 5/21 6/7 12/16 12/20
2253 [1] 6/12
27 [1] 28/5
2:06 p.m [1] 3/1
2:37 p.m [1] 27/7
2CE1460XNM [1] 7/15
2CES280V1F [1] 7/14
2MD1190CWM [1] 7/21

3
30 [1] 17/20
3142 [1] 24/1

4
40 percent [1] 17/20
420 [1] 28/11
4626 [1] 28/12

5
50141 [2] 1/5 3/4
501SJ10X540336 [1] 7/2
515 [1] 1/17
57501 [2] 1/23 28/12
57701 [2] 1/17 1/20

6
60 [1] 14/21
605 [1] 28/12
655 [1] 1/19
66 [1] 7/12

7
75,000 [2] 16/9 18/24

9
9th [2] 5/13 5/22

A
ability [1] 28/5
able [2] 4/21 9/3
Absolutely [1] 21/2
abuse [3] 20/25 22/2 25/7
access [2] 18/4 18/7
account [10] 5/16 13/22 14/1 14/16 14/19 14/23 15/2 15/11 15/13 15/17
accounts [1] 24/23
Act [2] 11/21 24/1
action [2] 12/4 28/7
actively [1] 21/25
addiction [1] 25/15
addition [1] 17/1
additional [4] 8/4 8/14 14/20 23/17
address [4] 14/2 14/4 14/4 27/2
adjourned [1] 27/6
admission [1] 25/18
admissions [1] 24/23
adult [1] 16/23
adverse [1] 12/3
advisement [4] 2/12 9/2 23/22 26/18
ADVISES [3] 2/3 2/4 2/5
affecting [1] 6/4
affidavit [1] 9/1
afford [2] 8/23 9/3
aforementioned [2] 8/6 8/16
again [3] 9/6 26/5 26/11
against [12] 3/23 4/15 10/12 10/15 10/21 10/24 11/3 11/14 11/18 13/20 23/4 24/21
agree [1] 15/8
ahead [1] 12/12
alcohol [1] 25/7
allegation [2] 6/8 23/13
allegations [3] 6/9 20/12 23/4
alleged [2] 6/10 9/17
allegedly [1] 22/25

allegation [1] 6/21
alleviated [1] 22/14
alone [1] 9/16
aloud [2] 5/3 12/11
already [1] 10/1
Alta [1] 14/4
although [1] 22/7
always [3] 10/8 23/24 24/7
Amendment [1] 9/23
AMERICA [3] 1/5 3/3 5/9
amount [2] 19/6 19/8
analysis [1] 24/7
Another [1] 9/12
answer [1] 18/25
anticipate [1] 26/22
appearance [2] 1/11 24/6
APPEARANCE/ARRAIGN MENT/DETENTION [1] 1/11
appearances [3] 1/15 3/5 25/8
appeared [1] 13/22
appears [1] 17/4
apply [3] 4/4 5/5 23/25
appoint [2] 8/25 9/8
appropriate [2] 26/25
approximate [1] 16/10
approximately [7] 7/12 14/10 14/21 15/7 16/6 16/22 16/24
argument [2] 21/13 25/24
Army [2] 21/18 26/9
around [2] 15/21 26/8
ARRAIGNMENT [1] 1/11
asking [1] 22/16
assert [1] 10/4
assessment [4] 8/7 8/7 8/17 8/18
assets [1] 9/3
assigned [1] 13/21
assistance [2] 3/13 3/16
associated [1] 15/13
attend [1] 9/9
audio [1] 17/3
available [1] 9/10
aware [6] 10/11 15/22 16/6 16/10 16/14 20/24

B
back [2] 14/4 14/10
bail [3] 22/8 23/15 24/1
based [5] 14/14 15/1 17/19 20/23 21/15
basis [2] 23/15 26/12
BASTIAN [6] 1/18 3/8 9/8 13/8 21/11 22/19
batch [3] 18/20 19/1 19/2
bathroom [1] 16/24
bathtub [1] 16/24
bears [1] 9/16
before [5] 1/12 10/20 22/21 25/10 25/24
beginning [1] 9/14
begun [1] 15/23
behalf [1] 11/7
believe [3] 15/20 23/16 26/19
believed [1] 16/23
bench [1] 17/5
best [1] 28/4
bestiality [1] 17/15

betting [2] 19/10 19/11
between [1] 5/12
beyond [1] 9/18
binoculars [1] 7/10
bit [1] 25/24
black [1] 7/17
blood [1] 16/25
blue [1] 7/18
bondage [2] 17/15 19/6
bondage/torture [1] 19/6
both [5] 7/24 8/10 10/18 17/18 24/12
boys [1] 15/21
Brady [1] 11/24
briefly [1] 22/22
burden [2] 9/16 9/19
businesses [1] 25/14

C
call [4] 11/6 11/14 13/5 13/11
called [1] 24/9
calling [1] 13/4
calls [1] 13/12
came [1] 14/4
camera [1] 7/10
camp [1] 26/9
capacity [1] 13/21
carry [1] 24/9
cases [1] 25/10
casts [1] 11/23
cautioned [1] 9/13
CDs [1] 7/12
ceiling [1] 17/5
cellular [2] 6/19 6/20
CENTRAL [1] 28/2
CERTIFICATE [1] 28/1
Certified [1] 28/3
certify [2] 28/4 28/6
change [1] 10/8
chapters [4] 8/2 8/6 8/13 8/17
character [1] 25/3
characteristics [1] 25/3
charge [3] 12/12 12/14 12/19
charged [3] 21/16 23/3 24/13
charges [9] 3/24 5/3 5/11 10/15 12/4 12/15 12/20 21/19 24/8
cheryl [5] 1/22 28/3 28/9 28/10 28/13
chest [1] 14/11
child [3] 5/25 6/5 6/16 12/16 12/21 13/23 14/20 14/22 15/19 16/1 16/7 16/11 16/23 17/8 17/11 17/23 18/1 19/25 20/9 20/25 22/17 23/1 24/24
child's [1] 17/4
children [8] 13/20 21/1 22/1 22/3 22/12 22/12 22/14 26/8
children's [1] 26/9
chose [1] 11/17
circumstances [2] 11/11 22/11
City [3] 1/6 1/17 1/20
classifications [1] 17/10
classified [3] 14/20 14/21 17/20
clear [1] 6/19

CND8233T3Q [1] 7/13
Code [3] 5/21 6/7 6/11
collection [4] 17/7 17/11 21/21 21/22
color [5] 7/7 7/9 7/16 7/17 7/18
commerce [2] 5/17 6/1 6/4
Commission [1] 28/13
committed [2] 4/3 9/17
common [1] 18/20
community [14] 22/13 23/12 23/12 23/14 23/19 24/5 24/16 25/6 25/6 25/12 25/20 25/21 25/22 26/13
complete [1] 26/19
completed [1] 9/1
complicated [1] 26/24
computer [3] 6/2 6/5 7/20
condition [4] 8/5 8/15 25/4 25/15
conditions [3] 23/17 23/18 24/4
conduct [5] 4/8 5/19 5/20 25/7 26/13
confidentially [2] 4/13 9/11
confirm [1] 15/11
confirms [1] 11/21
confront [1] 11/4
Congress [1] 24/11
consequences [1] 12/2
consider [4] 11/18 24/20 25/16 25/19
considered [1] 26/20
consist [1] 10/15
consisting [1] 28/5
consuming [2] 20/24 21/23
consumption [2] 22/2 22/17
contain [5] 13/22 17/8 17/13 17/14 17/15
contained [10] 5/15 5/24 6/9 14/22 14/6 14/8 14/24 16/11 16/15 17/2
contempt [1] 12/4
content [1] 21/22
contents [2] 14/15 15/1
continue [1] 10/3
continues [1] 11/15
convicted [2] 6/13 7/22
copy [1] 4/24
cord [1] 7/11
correctly [2] 14/9 15/20
counsel [7] 1/16 1/18 2/10 2/11 3/5 28/6 28/7
Count [6] 5/12 5/22 7/23 8/9 12/14 12/19
County [1] 13/19
couple [2] 25/17 26/17
Court's [3] 8/25 11/8 28/5
courts [1] 26/17
covered [1] 16/25
creates [2] 25/20 22/2
crime [2] 24/18 25/23
crimes [6] 3/24 4/2 9/17 13/20 24/8 24/12
criminal [5] 3/4 23/11

**C**

criminal... [3] 25/11 26/6 26/6
cross [4] 2/8 11/4 18/11 18/13
cross-examination [2] 18/11 18/13
cross-examine [1] 11/4
Cruzer [3] 7/6 7/8 7/17
currently [1] 13/19
custody [1] 24/14
cyber [6] 13/21 14/2 14/7 14/8 14/14 14/24

**D**

DAKOTA [7] 1/2 1/6 5/13 5/23 10/17 28/1 28/9
DANETA [1] 1/12
danger [4] 22/13 24/16 25/20 25/21
date [1] 9/6
day [1] 28/8
days [3] 25/17 26/17 26/23
dead [2] 16/23 23/1
December [4] 5/13 5/22 19/11 19/19
December 9th [2] 5/13 5/22
decide [2] 10/6 10/19
decided [1] 11/18
decision [1] 26/21
defendant [14] 1/9 1/18 1/21 2/3 2/5 5/14 5/17 5/19 5/23 6/14 8/8 8/18 11/22 11/23
defendant's [2] 5/15 6/6
defender's [2] 1/19 9/5
DEFENSE [2] 2/11
Dell [1] 7/5
demonstrates [1] 21/24
demonstrating [1] 24/15
depiction [3] 5/15 5/18 5/20
depictions [1] 13/23
depicts [1] 16/21
describe [4] 13/25 14/6 16/20 17/7
detain [2] 26/5 26/21
detained [3] 24/3 25/17 26/12
detention [12] 1/11 2/12 4/8 12/24 13/4 13/5 21/15 22/16 23/24 24/10 24/19 24/25
determination [1] 9/6
determine [2] 22/4 24/3
device [2] 3/16 16/8
devices [13] 3/13 6/6 15/6 15/23 16/11 16/3 16/12 16/15 18/5 18/7 19/15 19/18 22/25
different [1] 15/15
difficult [1] 19/9
digital [4] 6/22 6/24 7/3 7/10
DIRECT [2] 2/8 13/15
disciplinary [1] 12/4
disclose [2] 11/22 12/1
discovery [1] 11/2
discuss [2] 9/11 9/14
discussed [1] 22/23
dismissal [1] 4/23

**C** *(continued at top of col. 2)*

distributed [1] 17/25
distribution [1] 6/16
DISTRICT [9] 1/1 1/2 1/22 5/13 5/23 28/1 28/1 28/3 28/5
disturbing [1] 17/2
DIVISION [2] 1/3 28/2
document [1] 3/24
documents [1] 24/22
doubt [3] 9/18 11/24 22/1
down [1] 21/7
download [2] 18/17 18/20
downloading [1] 17/23
drive [12] 6/22 6/24 7/1 7/3 7/5 7/6 7/8 7/16 7/17 7/18 14/4 16/4
Dropbox [11] 5/16 13/22 14/1 14/15 14/19 14/23 15/2 15/11 15/13 15/17 24/23
drug [1] 25/7
Due [1] 11/21
during [1] 9/13

**E**

each [6] 8/1 8/12 10/21 17/16 18/23 19/16
early [1] 19/18
egregious [1] 21/23
either [2] 18/4 23/17
electronic [1] 6/6
ELLIE [2] 1/18 3/8
elsewhere [2] 5/14 5/23
Email [1] 28/13
employee [3] 21/19 28/6 28/7
employment [1] 25/5
end [5] 9/4 10/18 11/16 17/3 27/7
enforcement [4] 9/25 10/2 19/18 19/23
engaging [1] 5/19
English [1] 4/22
enhancements [1] 17/12
enough [2] 10/23 24/13
ensure [1] 24/5
enter [2] 4/7 12/10
entered [1] 10/24
essentially [1] 25/18
estimate [1] 17/20
estimated [1] 16/9
even [1] 24/24
event [1] 9/8
events [1] 28/7
evidence [16] 9/20 10/12 10/18 11/2 11/6 11/23 11/23 12/1 12/3 22/7 22/11 24/14 24/20 24/21 25/18 26/20
examination [4] 13/15 18/11 18/13 20/21
examine [1] 11/4
examiner [1] 15/22
examining [1] 15/23
exceeds [1] 21/21
exclusion [1] 12/3
exculpatory [2] 11/22 12/1
excused [1] 21/8
expense [1] 8/25
experience [1] 20/24

**E** *(continued at top of col. 3)*

explicit [1] 5/19
explicitly [1] 22/22
exploitation [3] 20/25 22/1 22/14
external [2] 6/22 16/4

**F**

facility [1] 5/16
fact [3] 17/23 22/11 23/15
factor [1] 26/6
factors [6] 22/8 22/8 24/3 24/17 25/1 26/19
facts [5] 4/10 4/11 4/17 9/15 11/11
Fagerland [7] 13/6 13/13 13/14 13/18 18/15 22/5 22/22
Fagerland's [1] 21/24
failure [1] 12/1
fairly [1] 20/2
falling [2] 8/5 8/16
familiar [3] 18/17 21/18
family [1] 25/4
far [3] 17/21 19/25 21/21 24/25 25/1
favor [4] 22/9 24/19 24/25 25/1
favors [1] 11/23
Federal [1] 1/19
feel [1] 4/17
felony [2] 8/2 8/13
Fifth [1] 9/23
filed [1] 3/23
files [8] 14/8 14/21 16/6 16/9 16/13 17/13 17/14 17/15
Finally [1] 10/11
financial [1] 9/1
find [3] 10/22 14/18 19/8
finds [2] 8/7 8/18
fine [2] 7/24 8/10
finished [1] 5/4
first [2] 4/2 13/25
five [6] 7/23 7/25 8/1 8/10 8/11 16/24
flight [1] 24/15
focus [1] 26/14
following [1] 6/18
force [2] 11/13 13/20
forced [1] 9/24
foregoing [1] 28/4
foreign [3] 5/17 6/1 6/4
forensic [1] 15/22
forfeit [1] 6/14
forfeiture [2] 6/8 6/11
former [1] 21/19
forth [1] 6/13
forward [1] 9/20
found [3] 20/14 23/1 24/22
four [1] 16/24
free [1] 4/17
FTR [1] 28/5
fully [1] 6/10
further [6] 10/5 21/5 22/16 22/17 27/1 28/6
future [1] 10/6

**G**

GARY [18] 1/8 1/21 3/3 3/9 3/10 5/9 5/14 5/17 5/19 5/23 6/14 7/5 12/14

**G** *(continued at top of col. 4)*

Gary's [2] 20/9 22/22
general [4] 16/20 19/25 21/22 23/23
generally [4] 18/18 20/1 20/24 21/17
gentleman [1] 26/3
Glide [2] 7/6 7/8
Good [1] 3/21
Google [2] 6/19 6/20
government [17] 2/10 3/23 4/2 4/4 5/5 9/16 9/23 9/21 9/24 10/1 10/7 11/3 13/3 13/11 21/14 24/21 25/2
government's [4] 2/8 11/4 13/14 21/20
grand [2] 3/25 5/11
grapple [1] 26/25
green [2] 7/6 7/16
grey [3] 7/6 7/8 7/18
guess [4] 17/10 19/7 19/9 20/2
guilt [2] 10/20 10/24
guilty [10] 2/6 4/7 10/19 10/19 10/22 12/3 12/11 12/13 12/18 12/22

**H**

hand [1] 28/8
hands [1] 20/12
hands-on [1] 20/12
hanging [1] 17/5
hard [6] 6/22 6/24 7/1 7/3 7/5 16/4
harm [1] 22/16
having [1] 21/24
health [1] 25/15
hear [2] 11/2 22/25
heard [1] 25/24
hearing [9] 1/11 3/13 3/16 4/8 9/14 10/2 12/25 22/21 22/23
hearing-assistance [1] 3/13
hearings [2] 9/9 23/24
HEATHER [2] 1/16 3/7
HECKEL [29]
Heckel's [5] 15/3 15/14 15/23 16/1 16/11 16/15 17/7 17/11 21/20
held [1] 24/14
Hello [2] 18/15 18/16
helping [1] 11/1
hereby [1] 28/4
herein [1] 6/14
hereto [2] 28/6 28/8
hire [1] 8/23
history [5] 20/3 23/11 25/3 25/5 25/7 25/11 25/14 26/6 26/7
hmm [1] 19/20
hold [1] 11/18
Hollie [1] 15/22
home [4] 18/4 23/5 23/9 25/12
HONORABLE [1] 1/12
hook [5] 1/22 28/3 28/9 28/10 28/13
house [1] 23/12
however [1] 26/7
HP [4] 7/13 7/14 7/15 7/20

**I**

identified [1] 13/25
II [3] 5/22 8/9 12/19
image [2] 5/24 14/12
images [14] 5/15 6/5 14/20 15/25 16/6 16/11 17/2 17/8 17/13 17/17 17/21 19/12 19/15 21/21
imagine [1] 17/19
incarceration [5] 8/1 8/4 8/9 8/12 8/15
include [1] 25/2
includes [1] 6/17
including [5] 6/2 6/5 12/2 24/17 25/3
Indecipherable [1] 9/7
INDEX [1] 2/1
indicate [5] 15/18 17/22 18/3
indicated [1] 24/24
indictment [9] 2/4 3/23 3/24 4/25 5/3 5/10 6/10 12/15 19/10
indigent [2] 8/8 8/18
individual [3] 19/4 19/15 26/5
individually [1] 18/24
individuals [1] 18/17
infant [3] 17/14 19/7 19/8
infant/toddler [1] 19/7 19/8
infants [1] 17/8
information [2] 14/3 24/25
INITIAL [1] 1/11
innocent [1] 9/21
inside [1] 14/18
Instead [1] 9/20
instructions [1] 12/3
intended [2] 6/15 21/15
interaction [1] 20/2
interest [1] 28/7
Internet [1] 13/19
interstate [3] 5/16 6/1 6/4
introduces [1] 11/3
investigate [1] 13/21
investigation [1] 15/9
investigator [8] 13/5 13/18 18/9 18/15 20/23 21/24 22/5 22/21
involve [1] 22/12
involved [2] 5/18 20/9
involves [1] 24/18
involving [1] 23/1
IP [2] 14/2 14/3
issue [2] 26/24 26/24
issued [1] 3/25
issues [4] 19/24 23/7 23/8 25/15
items [2] 6/18 15/7 15/20 25/20

**J**

Javier [1] 21/18
Jesse [4] 13/5 13/13 13/14 13/18
job [1] 10/17
JUDGE [1] 1/13
July [2] 5/12 19/10
July 13th [1] 5/12
juror [1] 10/23

**J**
jury's [1] 10/17
juvenile [2] 14/9 14/12

**K**
kind [1] 22/13
knew [3] 5/17 5/20 23/3
Knowing [1] 23/2
knowingly [2] 5/14 5/24
knowledge [5] 20/5 20/6 20/7 20/11 20/23
known [1] 24/1

**L**
labeled [1] 7/5
laptop [3] 7/13 7/14 7/15
larger [2] 25/21 26/13
last [3] 4/7 12/24 19/21
later [3] 4/12 4/15 9/6
law [6] 9/20 9/24 10/2 19/18 19/23 23/23
leg [1] 17/4
length [1] 25/5
life [3] 7/25 8/11 10/16
likely [1] 19/17
limited [2] 6/17 12/2
Linda [1] 22/22
links [1] 18/1
listed [1] 23/17
listen [1] 10/17
listening [1] 26/1
little [1] 25/11
live [4] 21/1 23/18 25/23 26/14
located [2] 6/6 16/7 19/7
look [1] 19/16
lot [3] 17/16 19/1 25/9

**M**
ma'am [2] 12/9 18/19
made [2] 10/1 18/2
MAGISTRATE [1] 1/13
mailed [2] 5/25 6/3
make [8] 9/4 9/6 10/7 10/12 11/8 17/25 19/9 26/22
making [1] 26/21
male [3] 14/9 14/12 16/23
mandatory [5] 7/23 7/24 7/25 8/10 8/11
many [2] 16/6 22/8
market [2] 20/25 22/2
Maryland [1] 11/25
masturbating [1] 14/10
material [2] 5/24 20/25
materials [2] 6/2 6/15
matter [5] 3/2 5/9 11/20 12/24 26/18
maximum [4] 2/4 4/3 5/5 7/22
maybe [2] 17/4 20/3
means [3] 5/16 6/1 6/4
media [3] 14/6 14/24 22/2
meet [1] 9/10
MEID [1] 6/20
member [1] 10/21
mental [2] 25/4 25/14
Merit [1] 28/3
mid [1] 19/19
might [1] 20/3

mind [1] 10/6
minimum [5] 7/23 7/24 8/1 8/10 8/11
minor [7] 5/18 22/12 24/18
minute [1] 16/22
mixed [1] 19/2
Mm [1] 19/20
Mm-hmm [1] 19/20
moment [1] 12/11
money [1] 8/24
months [1] 26/3
more [1] 19/7
Moreno [2] 21/18 26/2
Moreno's [1] 21/21
moves [1] 21/14
moving [2] 13/5 17/6
Mr. Heckel [15] 3/8 12/7 15/8 15/14 15/18 16/4 17/22 18/3 19/24 21/16 21/23 21/25 22/9 23/18 23/24
Mr. Heckel's [7] 15/3 15/23 16/1 16/15 16/15 17/11 21/20
Mr. Moreno's [1] 21/21
Ms. Bastian [4] 9/8 13/8 21/11 22/19
Ms. Strand [1] 16/7
Much [1] 3/20
multiple [1] 17/13
murder [1] 22/3
must [1] 9/18

**N**
name [4] 13/17 15/13 15/14 15/15
nature [4] 22/10 23/4 23/8 24/8
necessarily [1] 18/23
need [2] 12/10 27/1
needs [2] 26/14 26/25
new [3] 8/2 8/13 26/11
next [2] 25/17 26/16
Ninth [1] 1/17
Nobody [1] 11/13
none [1] 20/5
Notary [2] 28/4 28/11
note [2] 3/5 26/1
noted [1] 25/2
nothing [3] 10/5 20/12 21/4
novel [1] 25/24
number [15] 3/4 4/1 6/9 6/23 6/25 7/1 7/4 7/13 7/14 7/15 7/20 16/10 21/21 24/2 24/17

**O**
oath [1] 11/12
obligation [1] 11/22
observations [2] 14/14 15/1
observe [1] 14/23
observed [1] 16/18
obtain [1] 15/2
obtained [1] 18/24
obviously [1] 21/23
occasions [1] 15/15
offense [1] 6/13
offenses [3] 20/13 22/10 22/12
office [5] 1/16 1/19 9/5

official [1] 28/3 28/8
old [4] 4/19 14/10 15/21 16/24
Omaha [1] 1/19
one [26] 3/17 4/20 6/9 6/19 6/20 6/22 6/24 7/1 7/3 7/5 7/6 7/8 7/10 7/6 7/17 7/18 7/20 10/22 13/4 14/9 16/3 16/15 18/6 18/23 22/25 24/8
ones [1] 23/17
open [3] 3/1 4/14 19/16 15/25 26/8
opportunity [3] 4/11 15/25 26/8
option [1] 23/6
orange [1] 7/8
orders [1] 11/25
original [3] 14/7 14/8 14/24
outcome [1] 28/7
outside [4] 4/12 9/10 20/13 20/13
over [2] 16/9 16/13 23/11
overlap [1] 17/16
own [4] 8/24 11/12 24/23 25/12
owner [1] 14/1

**P**
PAGE [1] 2/2
pages [1] 28/5
partial [1] 9/5
particular [5] 15/15 16/14 19/5 22/10 26/10
particularly [1] 16/15
parties [2] 13/1 28/6
password [2] 18/4 18/6
past [1] 25/6
payments [1] 9/4
penalties [2] 2/4 4/3 7/22
penalty [1] 5/5
pending [2] 23/19 24/3 24/14
Pennington [1] 13/18
people [7] 10/15 11/6 22/5 24/13 25/10 25/22 25/23
percent [1] 17/20
period [1] 19/12
person [2] 11/1 24/21
phone [3] 6/19 6/20 28/12
photos [1] 20/13
physical [1] 25/4
Pierre [5] 1/23 1/23 28/8 28/11 28/12
place [2] 4/6 23/18
Plaintiff [2] 1/6 1/16
plan [2] 23/16 25/13
plea [1] 12/11
plead [3] 12/12 12/17 12/21
PLEADS [1] 2/6
pleas [1] 4/7
please [6] 3/2 3/14 4/10 5/3 13/17 16/3
point [3] 10/6 10/8 20/11
porn [1] 18/17
pornography [22] 5/25 6/5 6/17 12/16 12/21 13/23 14/21 14/22 15/19 16/1 16/7 16/11 17/8

official [2] 28/3 28/8
17/9 17/18 18/11 19/1 19/2 19/25 20/10 22/17 24/24
possess [1] 5/24
possessing [2] 25/20 26/4
possession [3] 6/16 12/21 24/22
possible [6] 7/22 15/16 19/14 19/14 19/17 22/3
power [1] 11/8
preference [2] 15/18 24/24
prefers [1] 15/20
present [5] 1/21 10/25 20/5 25/21 26/7
presented [2] 10/18 26/11
presumes [1] 21/15
presumption [2] 21/15 24/9
prevent [2] 10/23 22/16
prior [2] 10/2 26/6
prison [1] 7/23
probably [1] 26/22
probation [1] 23/17
PROCEDURE [1] 2/3
proceed [2] 13/1 13/8
proceedings [2] 4/6 12/4 27/7
process [2] 11/21 15/23 22/4
produced [1] 6/2
production [2] 5/18 20/9
prompt [1] 21/5
prong [1] 25/19
proper [1] 25/19
property [2] 6/15 6/17
Protections [1] 11/21
prove [2] 9/18 9/19
proves [3] 4/4 5/5 9/21
provided [1] 3/16
proving [1] 9/17
public [4] 1/19 9/5 28/4 28/11
purpose [1] 6/10
purposes [2] 13/4 17/12
pursuant [3] 6/11 11/20 15/5

**Q**
question [2] 14/1 26/11
questions [4] 4/16 12/7 18/10 20/17

**R**
range [1] 19/10
rape [1] 23/1
Rapid [3] 1/6 1/17 1/20
raping [1] 16/23
re [1] 6/10
re-alleged [1] 6/10
reaching [1] 26/25
read [3] 4/21 5/3 12/11
reads [2] 2/4 5/10 6/8
ready [1] 13/1 13/8
real [1] 22/12
really [1] 25/14
Realtime [1] 28/3
reason [1] 3/22
reasonable [1] 9/18
reassert [1] 10/9
rebuttable [1] 24/9

**R** (continued)
rebutting [1] 24/15
recall [3] 14/8 15/20 18/6
receipt [2] 6/16 12/16
receive [2] 25/9 26/3
received [2] 4/24 5/14
receives [1] 19/1
recent [1] 20/2
recently [1] 21/19
recognize [1] 22/7
record [6] 3/6 13/17 25/8 26/1 26/19 27/2
recording [1] 28/1
RECROSS [1] 2/8
redirect [3] 2/8 20/19 20/21
references [1] 17/25
Reform [1] 24/1
regarding [4] 4/5 11/20 14/3 24/22
Regardless [1] 21/25
regards [1] 26/19
Registered [1] 28/3
reimburse [1] 9/5
relating [3] 13/22 14/14 25/7
relative [1] 28/6 28/7
relatively [1] 25/10
release [13] 7/25 8/2 8/5 8/11 8/12 8/16 22/9 23/10 23/16 23/24 25/2 25/13 26/21
released [1] 24/4
remain [5] 9/12 9/23 10/4 10/9 11/15
remaining [1] 17/21
reminded [1] 26/2
REPORTER [5] 28/1 28/3 28/3
represent [2] 8/25 9/9
represented [1] 8/22
requesting [1] 23/10
required [4] 11/5 11/24 23/25 24/2
requiring [1] 9/4
research [2] 26/16
residence [3] 15/3 15/5 25/6
resources [1] 25/5
respect [1] 22/8
rest [1] 25/1
restitution [2] 8/8 8/19
result [2] 12/2 26/25
return [2] 10/20 23/9
returning [1] 23/5
reviewed [1] 15/12
revocation [2] 8/1 8/4 8/12 8/15
rights [5] 2/5 4/5 8/21 12/6 12/8
risk [2] 22/13 24/15
Room [1] 1/17
rule [1] 23/21

**S**
safety [1] 24/5
Salvation [2] 21/18 26/9
same [1] 14/12
Samsung [1] 7/1
sanctions [1] 12/5
SanDisk [2] 7/16 7/18
SAZAMA [5] 1/16 3/7 5/2 5/7 21/9
screenshot [1] 14/12

**S**

sdd.uscourts.gov [1] 28/13
seal [1] 28/8
search [3] 14/15 15/2 15/5
seated [1] 3/2
second [2] 4/4 14/11
seconds [1] 16/22
Section [6] 5/21 6/7 6/11 12/15 12/20 24/1
Sections [2] 8/3 8/14
seeking [1] 19/4
seen [1] 17/19
seized [4] 15/6 15/7 16/3 19/18
sentence [1] 26/4
sentenced [1] 21/19
sentencing [1] 17/12
September [1] 1/8 28/8
serial [8] 6/23 6/24 7/1 7/3 7/13 7/14 7/15 7/20
serious [2] 24/12 26/24
serve [1] 13/19
set [2] 6/13 28/8
Seventy [1] 4/20
Seventy-one [1] 4/20
several [1] 26/23
severe [1] 22/15
sexually [1] 5/19
shall [1] 6/14
Sheriff's [1] 13/19
shipped [2] 5/25 6/3
show [1] 11/8
showing [1] 16/23
side [1] 11/1
sides [1] 10/18
signed [1] 14/3
significance [1] 14/18
significant [2] 16/16 17/12
silent [5] 9/13 9/24 10/4 10/9 11/15
similar [1] 21/19
since [1] 19/23
single [1] 16/7
sir [2] 3/22 4/19
solely [1] 26/14
somebody [2] 19/14 23/10
someone [2] 18/20 19/1
something [3] 4/9 17/5 20/4
sometime [2] 10/2 19/18
sort [1] 26/16
SOUTH [7] 1/2 1/6 5/13 5/23 10/17 28/1 28/9
South Dakota [1] 10/17
speak [1] 15/8
special [2] 8/6 8/17
specific [2] 4/10 6/18
spoke [2] 22/22 22/24
SS [1] 28/1
starts [1] 24/7
state [4] 5/4 12/12 13/17 15/14
statement [5] 10/1 10/7 18/2 19/9 23/23
statements [1] 10/12
STATES [15] 1/1 1/5 1/13 3/3 3/7 5/9 5/21 6/7 6/11 6/15 11/25 13/12 25/25

States' [2] 11/22 11/24
statute [1] 23/25
statutes [1] 21/15
step [1] 21/7
stop [1] 10/9
Strand [2] 15/23 16/7
strictly [1] 26/4
strongly [1] 15/16
subpoena [2] 11/8 14/3
such [5] 5/18 5/20 6/17 22/15 28/7
supervised [6] 7/25 8/2 8/5 8/11 8/12 8/16
supporting [1] 25/13
supposedly [1] 14/12
sure [3] 11/8 17/13 19/3
SWORN [1] 13/14
system [1] 28/5

**T**

take [6] 4/6 9/2 11/12 23/22 26/18 26/23
TAKES [1] 2/12
Task [1] 13/20
ten [1] 8/9
term [3] 8/1 8/10 8/11
terms [1] 15/19
testified [1] 22/5
testify [5] 11/7 11/10 11/12 11/13 11/17
testimony [3] 21/24 26/2 28/8
Testing [2] 3/17 3/17
Thank [20] 3/18 3/20 5/8 8/20 12/23 13/9 13/12 18/9 18/12 20/16 21/3 21/6 21/12 22/18 22/20 23/19 23/20 27/3 27/4 27/5
theft [1] 20/3
Third [1] 4/6
though [1] 4/16
threat [1] 23/14
throughout [1] 11/16
thumb [5] 7/6 7/8 7/16 7/17 7/18
ties [3] 23/11 25/4 25/6
tip [6] 13/22 14/2 14/7 14/8 14/14 14/24
Title [4] 8/3 8/6 8/14 8/17
today [8] 3/22 4/1 4/8 4/10 4/14 23/21 26/22 27/2
today's [1] 10/2
toddler [2] 19/7 19/8
toddlers [1] 17/14
tomorrow [1] 26/23
torture [3] 17/15 19/6 22/3
total [1] 16/10
tower [1] 7/20
traded [1] 18/1
training [1] 20/23
transcribed [1] 28/4
Transcriber [1] 1/22
transcript [2] 1/11 28/4
transported [2] 6/1 6/3
trial [6] 10/13 10/14 10/25 11/5 24/4 24/14
trouble [1] 26/10
trying [1] 22/4
two [5] 6/13 8/3 8/14

type [3] 20/24 22/2 22/17
types [4] 15/19 17/10 21/22 26/4

**U**

U.S.C [3] 12/15 12/20 23/25
unanimously [1] 10/21
under [6] 2/12 8/6 8/16 9/2 23/22 26/18
understand [1] 4/22
understanding [3] 19/11 19/13 21/20
understands [2] 23/7 23/7
UNITED [17] 1/1 1/5 1/13 3/3 3/7 5/9 5/21 6/7 6/11 6/14 11/21 11/24 11/25 13/12 25/25 27/9 28/3
unless [4] 8/7 8/18 9/21 24/14
unsurprisingly [1] 25/9
until [2] 9/21 11/16
upon [5] 8/1 8/4 8/12 8/15 24/4
urinating [1] 14/11
use [2] 5/18 11/7
used [7] 4/15 6/15 6/16 10/12 15/15 15/16 15/19
using [2] 5/16 6/2

**V**

various [1] 15/6
vehicle [1] 14/11
venture [1] 21/17
verdict [2] 10/20 10/24
versus [3] 3/3 5/9 11/24
viable [1] 23/16
victim [2] 20/3 24/18
victimized [2] 25/22 26/15
victimizes [1] 26/13
victimless [1] 25/23
victims [1] 26/15
video [12] 14/9 14/13 16/14 16/16 16/20 16/22 17/2 17/3 17/21 20/13 22/5 23/1
videos [10] 14/20 17/17 18/24 19/5 19/6 19/15 20/5 20/13 25/22 26/4
videotaping [2] 20/7 22/1
view [2] 14/15 15/25
violation [6] 5/21 6/6 8/5 8/15 12/15 12/20
violations [2] 8/2 8/13
virtue [1] 22/13
visit [1] 4/10
Vista [1] 14/4
visual [3] 5/15 5/18 5/20
Visually [1] 17/3
Vivitar [1] 7/10
voluntary [1] 10/11
voted [1] 10/23
vs [1] 1/7

**W**

walks [1] 10/16
wanted [1] 11/11
warn [1] 22/22
warrant [2] 14/15 15/2

6/25
weigh [6] 22/9 24/2 24/17 24/25 25/1 26/20
weighs [1] 24/18
weight [3] 22/11 24/20 25/18
WESTERN [5] 1/3 6/22 6/24 7/3 10/16
why [3] 3/22 9/13
wife [2] 22/22 25/12
Wifi [2] 18/4 18/6
wit [2] 5/15 6/5
witness [6] 2/8 11/14 13/4 13/11 13/14 21/8
witnesses [3] 11/4 11/8 21/9
WMAJ94349529 [1] 7/4
WOLLMANN [1] 1/12
words [3] 10/22 11/12 24/11
working [2] 3/17 26/6
write [1] 4/21
wrote [1] 14/2
WXN2EA01A2WL [1] 6/23

**Y**

year [2] 15/21 19/21
years [9] 7/23 7/24 7/25 8/4 8/10 8/14 14/10 16/24 23/13
years' [3] 8/1 8/9 8/12
Yup [1] 19/22