```
 1                  UNITED STATES DISTRICT COURT
 2                   DISTRICT OF SOUTH DAKOTA
 3                       WESTERN DIVISION
 4   * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                   *
 5   UNITED STATES OF AMERICA,     *     CR. 22-50141
                                   *
 6                   Plaintiff,    *
                                   *    Rapid City, South Dakota
 7       -vs-                      *
                                   *
 8   GARY HECKEL,                  *     March 24, 2023
                                   *
 9                   Defendant.    *
                                   *
10   * * * * * * * * * * * * * * * * * * * * * * * * * * *
11                       PUBLIC TRANSCRIPT OF
                       CHANGE OF PLEA HEARING
12
     (PURSUANT TO CRIMINAL LOCAL RULE 57.10, PORTIONS OF ALL
13    CHANGE OF PLEA AND SENTENCING TRANSCRIPTS ARE RESTRICTED)

14          BEFORE THE HONORABLE DANETA L. WOLLMANN
                 UNITED STATES MAGISTRATE JUDGE
15
     * * * * * * * * * * * * * * * * * * * * * * * * * * *
16
     APPEARANCES:
17
     Counsel for Plaintiff:   MS. HEATHER C. SAZAMA
18                            U.S. Attorney's Office
                              515 Ninth St., Room 201
19                            Rapid City, SD  57701

20   Counsel for Defendant:   MS. ELLIE BASTIAN
                              Federal Public Defender's Office
21                            655 Omaha St., Ste. 100
                              Rapid City, SD  57701
22
     Also Present:            MR. GARY HECKEL - Defendant
23
     Transcriber:             MS. CHERYL A. HOOK, RMR, CRR
24                            U.S. District Court
                              225 S. Pierre St.
25                            Pierre, SD  57501
```

| | |
|---|---|
| 1 | (In open court at 9:21 a.m.:) |
| 2 | **THE COURT:**  Thank you.  Please be seated. |
| 3 | All right.  This is in the matter of the *United* |
| 4 | *States of America versus Gary Heckel*.  It is Criminal File |
| 5 | Number 22-50141. |
| 6 | Counsel, would you note your appearances for the |
| 7 | record, please. |
| 8 | **MS. SAZAMA:**  Heather Sazama for the United States. |
| 9 | **MS. BASTIAN:**  Ellie Bastian with Mr. Heckel. |
| 10 | **THE COURT:**  All right. |
| 11 | Mr. Heckel, this is the time and place for you to |
| 12 | enter a plea of guilty pursuant to a written plea agreement |
| 13 | that I previously -- that you previously signed and which has |
| 14 | been filed with the Court, contemplating that you would plead |
| 15 | guilty to Count I of the indictment that charges a violation of |
| 16 | 18 U.S.C. Section 2252A(a)(2)(A), which is receipt of child |
| 17 | pornography.  Is that what you thought was going to happen at |
| 18 | today's hearing? |
| 19 | **THE DEFENDANT:**  Yes. |
| 20 | **THE COURT:**  During the hearing, it's necessary for me |
| 21 | to ask you some questions, and it's required that your answers |
| 22 | be given under oath.  So if you would stand for me, please, the |
| 23 | clerk will swear you in at this time. |
| 24 | (Defendant sworn.) |
| 25 | **THE COURT:**  I'm sorry.  What was your answer? |

| | |
|---|---|
| 1 | **THE DEFENDANT:** "I do." |
| 2 | **THE COURT:** All right. Thank you. You can be |
| 3 | seated. |
| 4 | Mr. Heckel, do you understand that you're now under |
| 5 | oath; and if you answer any of my questions falsely, you could |
| 6 | be prosecuted for the separate crime of perjury or making a |
| 7 | false statement? Do you understand that? |
| 8 | **THE DEFENDANT:** Yes. |
| 9 | **THE COURT:** Would you tell me your full and complete |
| 10 | name? |
| 11 | **THE DEFENDANT:** Gary Edward Heckel. |
| 12 | **THE COURT:** And how old are you? |
| 13 | **THE DEFENDANT:** Seventy-one. |
| 14 | **THE COURT:** Are you able to read, write, and |
| 15 | understand English? |
| 16 | **THE DEFENDANT:** Yes. |
| 17 | **THE COURT:** How far did you go in school? |
| 18 | **THE DEFENDANT:** Graduated high school. |
| 19 | **THE COURT:** In the past 24 hours, have you consumed |
| 20 | any alcoholic beverages? |
| 21 | **THE DEFENDANT:** No. |
| 22 | **THE COURT:** In the past 24 hours, have you taken any |
| 23 | drugs or narcotics, including prescription medications of any |
| 24 | kind? |
| 25 | **THE DEFENDANT:** Prescription medication. |

1     **THE COURT:** All right. What have you taken?
2     **THE DEFENDANT:** Lyrica and Celebrex.
3     **THE COURT:** All right. Is there anything about those
4  medications or a combination of medication that interferes with
5  your ability to think clearly or make decisions?
6     **THE DEFENDANT:** No.
7     **THE COURT:** Have you ever been treated for a serious
8  mental illness?
9     **THE DEFENDANT:** No.
10    **THE COURT:** Have you received a copy of the complaint
11 and had an opportunity -- or excuse me -- of the indictment and
12 had an opportunity to review that with your attorney,
13 Ms. Bastian?
14    **THE DEFENDANT:** Yes.
15    **THE COURT:** Are you satisfied with the advice and
16 representation that Ms. Bastian has given to you?
17    **THE DEFENDANT:** Yes.
18    **THE COURT:** Now, you have the right to have this
19 hearing conducted by a district court judge. I'm a magistrate
20 judge. I will not be handling your sentencing, but I have been
21 asked to conduct this change of plea hearing.
22        Now, I see that you've signed a form indicating you
23 wish to waive your right to have a preliminary hearing before
24 me, and you want to proceed directly -- or excuse me -- that
25 you -- that you wish to waive your right to have the district

1    court conduct this hearing, and you want to proceed before me
2    today; is that correct?
3         **THE DEFENDANT:** Yes.
4         **THE COURT:** Any threats or promises been made to you
5    to get you to waive that right?
6         **THE DEFENDANT:** No.
7         **THE COURT:** All right.
8         Ms. Bastian, have you conveyed all formal plea offers
9    that have been made in this case to your client?
10        **MS. BASTIAN:** Yes, Your Honor.
11        **THE COURT:** All right.  Then we will proceed today.
12        Mr. Heckel, I'd like for you to turn with me to the
13   last page of the plea agreement.
14        In looking at page 11, is that your signature?
15        **THE DEFENDANT:** Yes.
16        **THE COURT:** Did you have the opportunity to read
17   through the plea agreement and discuss it with your lawyer
18   before you signed it?
19        **THE DEFENDANT:** Yes.
20        **THE COURT:** Have any threats or promises been made to
21   you to get you to enter into a plea agreement?
22        **THE DEFENDANT:** No.
23        **THE COURT:** Do you feel that you understand the terms
24   of the plea agreement?
25        **THE DEFENDANT:** Yes.

1    **THE COURT:**  Do you understand that, although the plea
2    agreement is binding on the parties, that being yourself and
3    the government, do you understand that the plea agreement is
4    not binding on the Court in any way?
5    **THE DEFENDANT:**  Yes.
6    **THE COURT:**  I'd like to review some of the provisions
7    of the plea agreement with you.  So if you would turn with me,
8    please, to page 2, I'll have you look at paragraph C.
9    Paragraph C contemplates that you will plead guilty
10   to Count I of the indictment, which charges a violation of 18
11   U.S.C. Section 2252A(a)(2)(A), which is receipt of child
12   pornography.  That charge carries a mandatory minimum sentence
13   of at least five years in prison up to 20 years in prison, a
14   $250,000 fine, or both fine and imprisonment, and a period of
15   supervised release of at least five years up to life.
16   Now, while you're on supervision, if it is found that
17   you violated any condition of your supervised release, you
18   could be incarcerated for an additional term of up to two years
19   for each violation, but there are some exceptions.
20   If you commit a new felony violation of Chapter
21   109(a), which is sexual abuse; Chapter 110, which is sexual
22   exploitation and other abuse of children; Chapter 117, which is
23   transportation for illegal sexual activity and related crimes;
24   Section 1201, which is kidnapping; or Section 1591, which is
25   sex trafficking of children; or by force, fraud, or coercion

1  while on supervised release, then you could be incarcerated for
2  a mandatory minimum term of at least five years up to life for
3  each violation.
4          There will also be a $100 assessment to the Victims
5  Assistance Fund and an additional $5,000 assessment unless the
6  Court finds that you are indigent.  Restitution may also be
7  ordered.
8          Does the government agree those are the maximum
9  applicable penalties?
10         **MS. SAZAMA:**  Yes, Your Honor.
11         **THE COURT:**  Do you agree, Ms. Bastian?
12         **MS. BASTIAN:**  Yes, Your Honor.
13         **THE COURT:**  Mr. Heckel, have you had an opportunity
14 to visit with your attorney about the sentencing guidelines and
15 how they might apply to your case?
16         **THE DEFENDANT:**  Yes.
17         **THE COURT:**  Although your attorney has likely gone
18 over the guidelines with you and probably given you an idea of
19 how she believes that they will be calculated, no one as we sit
20 here today, not your attorney, or the government, or even
21 myself, could tell you exactly what your guideline range will
22 end up being.  The reason for that is because a defendant's
23 guideline range is not calculated until after they plead guilty
24 and after a presentence investigation is conducted.
25         Now, that presentence investigation will gather

1    information about the facts and circumstances of this crime as
2    well as your prior criminal history.  And only based on that
3    independent investigation will your exact guideline range be
4    calculated.
5             Ultimately, your guideline range may end up being
6    different and possibly higher than what you're expecting.  If
7    that's the case, do you understand that you do not have the
8    right to go back, withdraw your plea of guilty, and start all
9    over in your case?  Do you understand that?
10            **THE DEFENDANT:**  Yes, Your Honor.
11            **THE COURT:**  All right.  Please turn with me to page 4
12   and look at paragraph G.
13            That paragraph indicates that there is no agreement
14   regarding sentencing, meaning that both you and the government
15   are free to recommend whatever sentence each feels is
16   appropriate within statutory limits to present evidence and
17   make arguments in support thereof.
18            I want to make sure that you understand that the
19   Court is not required to follow either party's recommendation
20   regarding sentence.  It is free to impose whatever sentence it
21   feels is appropriate, in accordance with the law.  And if you
22   feel that you received a sentence that is disagreeable to you
23   or that you don't like, you cannot go back, withdraw your plea
24   of guilty, and start all over.  Do you understand that?
25            **THE DEFENDANT:**  Yes, Your Honor.

1              **THE COURT:**  Here, in the federal system, we do not
2    have parole.  So do you understand that there would not be any
3    parole or early release in your case?
4              **THE DEFENDANT:**  Yes.
5              **THE COURT:**  If you plead guilty here today, you'll be
6    giving up certain rights and defenses that you have.  One of
7    the things that you'll be giving up are your appeal rights.
8              Now, there are three exceptions to that.  Even if you
9    plead guilty here today, you could always appeal, number one,
10   if you felt that the Court did not have jurisdiction over you;
11   number two, if the Court gave you a sentence that was an upward
12   departure from your advisory guideline range, you could appeal
13   that; and number three, you could appeal the length of your
14   sentence for a determination of its substantial reasonableness
15   should the Court impose an upward departure or an upward
16   variance pursuant to 18 U.S.C. Section 3553(a).
17             But other than those three limited exceptions, do you
18   understand that you'll be giving up all other appeal rights
19   that you have?
20             **THE DEFENDANT:**  Yes, Your Honor.
21             **THE COURT:**  When you first came into court, I told
22   you about the rights that you have.  I'm going to briefly go
23   over those with you because if you plead guilty you'll be
24   giving them up, including your right to plead not guilty and to
25   persist in that plea and to require the government to prove its

1  case beyond a reasonable doubt at a jury trial.

2  And at your jury trial, you would be presumed to be
3  innocent of the charges.  You have the right to be present in
4  person, the right to be represented by counsel, the right to
5  confront and cross-examine the government's witnesses, and the
6  right to use the Court's subpoena power to make sure your
7  witnesses show up.

8  You also would have the right to testify if you
9  wanted to, or you could exercise your right to remain silent
10 and not testify.  And if you didn't testify, the jury could not
11 consider that or hold it against you in any way as they decided
12 on your case.

13 And in order for you to be convicted, a jury would
14 unanimously have to find that you're guilty.

15 Mr. Heckel, do you understand that by pleading guilty
16 here today you'll be giving up those rights; there will not be
17 a trial; and the only thing left in your case will be for you
18 to be adjudicated guilty and then your sentencing?  Do you
19 understand that?

20 **THE DEFENDANT:**  Yes, Your Honor.

21 **THE COURT:**  Because you're pleading guilty to a
22 felony offense, you'll be giving up some valuable civil rights
23 that you have; for example:  the right to vote, the right to
24 hold public office, the right to sit on a jury, as well as the
25 right to possess a firearm of any kind.  Do you understand that

1  by pleading guilty, you'll be giving up those civil rights?
2            **THE DEFENDANT:**  Yes.
3            **THE COURT:**  At this time, I'd like for you to turn
4  with me to the supplement to plea agreement.  In looking at the
5  last page of that document, is that your signature?
6            **THE DEFENDANT:**  Yes, Your Honor.
7            **THE COURT:**  And did you have the opportunity to read
8  through the supplement and discuss it with your lawyer before
9  you signed it?
10           **THE DEFENDANT:**  Yes.
11           **THE COURT:**  Any threats or promises been made to you
12 to get you to sign the supplement?
13           **THE DEFENDANT:**  No.
14           **THE COURT:**  Ms. Sazama, would you now please read
15 aloud the charge in Count I of the indictment.
16           **MS. SAZAMA:**  In the matter of the *United States of*
17 *America versus Gary Heckel*.
18           "The Grand Jury charges:
19           "Count I.  On or about between July 13th, 2021, and
20 December 9th, 2021, in the District of South Dakota and
21 elsewhere, the defendant, Gary Heckel, knowingly received any
22 visual depiction, to-wit:  images contained in the defendant's
23 Dropbox account, using any means or facility of interstate and
24 foreign commerce, and the defendant, Gary Heckel, knew the
25 production of such visual depiction involved the use of a minor

1  engaging in sexually explicit conduct, and the defendant, Gary
2  Heckel, knew the visual depiction was of such conduct, all in
3  violation of 18 United States Code Section 2252A(a)(2)(A)."
4         **THE COURT:**  Thank you.
5         If this case were to go to trial, the government
6  would be required to prove what's called the "essential
7  elements" of the offense.  And the crime, as charged in Count I
8  of the indictment, has three essential elements, each of which
9  the government would have to prove beyond a reasonable doubt.
10        The first thing the government would have to prove is
11 that you knowingly received visual depictions of child
12 pornography.  The second thing the government would have to
13 prove is that you knew that the visual depictions were of
14 minors engaging in sexually explicit conduct.  And the third
15 thing the government would have to prove is that the visual
16 depictions were transported in or affecting interstate or
17 foreign commerce or if a phone or computer device was produced
18 using materials that had been manufactured and transported in
19 interstate or foreign commerce.
20        Do you have any questions as to what it is you're
21 admitting to or what the government would have to prove in your
22 case?
23        **THE DEFENDANT:**  No, Your Honor.
24        **THE COURT:**  Do you need any more time to visit in
25 private with your lawyer before I ask you how you plead?

1          **THE DEFENDANT:**  No, Your Honor.
2          **THE COURT:**  And if you would stand for me, please.
3  So, Gary Edward Heckel, to the charge in Count I of the
4  indictment that charges a violation of 18 U.S.C. Section
5  2252A(a)(2)(A), which is receipt of child pornography, how do
6  you plead?
7          **THE DEFENDANT:**  Guilty.
8          **THE COURT:**  All right.  Thank you.  You can be
9  seated.
10         At this time, I'd like for you to turn with me to the
11 factual basis statement.  In looking at page 3 of that
12 document, is that your signature?
13         **THE DEFENDANT:**  Yes, your Honor.
14         **THE COURT:**  Did you have the opportunity to read
15 through the factual basis statement and discuss it with your
16 lawyer before you signed it?
17         **THE DEFENDANT:**  Yes, Your Honor.
18         **THE COURT:**  Are all of the facts contained in the
19 factual basis statement true and correct?
20         **THE DEFENDANT:**  Yes.
21         **THE COURT:**  And are you pleading guilty to this crime
22 because, in fact, you are guilty of it?
23         **THE DEFENDANT:**  Yes.
24         **THE COURT:**  Then it is the finding of the Court in
25 the case of the *United States of America versus Gary Heckel*

1  that you are fully competent and capable of entering an
2  informed plea, that you are aware of the nature of the charges
3  against you and the consequences of your plea, and that your
4  plea of guilty is knowing and voluntary and is supported by an
5  independent basis in fact that contains each of the essential
6  elements of the offense.
7       So it's going to be my recommendation to the district
8  court judge that your plea of guilty be accepted, and you be
9  adjudged guilty of the offense.
10      If that recommendation is accepted, then that
11 presentence investigation that we talked about will be
12 conducted.  When it's finished, you'll get a copy of the
13 report.
14      If there is anything in there that you think is
15 incorrect or inaccurate, you should tell Ms. Bastian because
16 she can file objections on your behalf.  Those would be ruled
17 on and resolved by the district court judge at your sentencing,
18 which will occur at a later date.
19      All right.  Is there anything further that we need to
20 address today?
21      **MS. SAZAMA:**  No, Your Honor.  Thank you.
22      **MS. BASTIAN:**  No.  Thank you.
23      **THE COURT:**  Thank you.  We'll be adjourned.
24    (End of proceedings at 9:35 a.m.)
25                          # # # #

```
UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA    SS    CERTIFICATE OF REPORTER
CENTRAL DIVISION
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
         I, Cheryl A. Hook, official United States District
Court Reporter, Registered Merit Reporter, Certified Realtime
Reporter and Notary Public, hereby certify that the above and
foregoing transcript has been transcribed to the best of my
ability from the District Court's FTR recording system
consisting of pages 1 through 14.
         I further certify that I am not a relative or
employee or attorney or counsel of any of the parties hereto,
nor a relative or employee of such attorney or counsel; nor do
I have any interest in the outcome or events of the action.
         IN TESTIMONY WHEREOF, I have hereto set my hand
and official seal this 13th day of September, 2023, at Pierre,
South Dakota.
                    /s/ Cheryl A. Hook
                    _____
                    CHERYL A. HOOK, RMR, CRR
                    Court Reporter and Notary Public
                    225 S. Pierre St. #420
                    Pierre, SD  57501
                    Phone: (605) 945-4626
                    Email: cheryl_hook@sdd.uscourts.gov
                    My Commission Expires: 04-01-2026
```

| | | | | |
|---|---|---|---|---|
| **MS. BASTIAN: [4]** 2/9 5/10 7/12 14/22 **MS. SAZAMA: [4]** 2/8 7/10 11/16 14/21 **THE COURT: [46]** **THE DEFENDANT: [38]** **$** **$100 [1]** 7/4 **$250,000 [1]** 6/14 **$5,000 [1]** 7/5 **0** **04-01-2026 [1]** 15/13 **1** **100 [1]** 1/21 **109 [1]** 6/21 **11 [1]** 5/14 **110 [1]** 6/21 **117 [1]** 6/22 **1201 [1]** 6/24 **13th [2]** 11/19 15/8 **14 [1]** 15/5 **1591 [1]** 6/24 **18 [5]** 2/16 6/10 9/16 12/3 13/4 **2** **20 [1]** 6/13 **201 [1]** 1/18 **2021 [2]** 11/19 11/20 **2023 [2]** 1/8 15/8 **2026 [1]** 15/13 **22-50141 [2]** 1/5 2/5 **225 [2]** 1/24 15/11 **2252A [4]** 2/16 6/11 12/3 13/5 **24 [3]** 1/8 3/19 3/22 **3** **3553 [1]** 9/16 **4** **420 [1]** 15/11 **4626 [1]** 15/12 **5** **50141 [2]** 1/5 2/5 **515 [1]** 1/18 **57.10 [1]** 1/12 **57501 [2]** 1/25 15/12 **57701 [2]** 1/19 1/21 **6** **605 [1]** 15/12 **655 [1]** 1/21 **9** **9:21 a.m [1]** 2/1 **9:35 [1]** 14/24 **9th [1]** 11/20 **A** **ability [2]** 4/5 15/5 **able [1]** 3/14 **abuse [2]** 6/21 6/22 **accepted [2]** 14/8 14/10 **accordance [1]** 8/21 **account [1]** 11/23 **action [1]** 15/7 **activity [1]** 6/23 | **additional [2]** 6/16 6/15 **address [1]** 14/20 **adjourned [1]** 14/23 **adjudged [1]** 14/9 **adjudicated [1]** 10/18 **admitting [1]** 12/21 **advice [1]** 4/15 **advisory [1]** 9/12 **affecting [1]** 12/16 **after [2]** 7/23 7/24 **against [2]** 10/11 14/3 **agree [2]** 7/8 7/11 **agreement [10]** 2/12 5/13 5/17 5/21 5/24 6/2 6/3 6/7 8/13 11/4 **alcoholic [1]** 3/20 **aloud [1]** 11/15 **although [2]** 6/1 7/17 **always [1]** 9/9 **AMERICA [4]** 1/5 2/4 11/17 13/25 **answer [2]** 2/25 3/5 **answers [1]** 2/21 **appeal [5]** 9/7 9/9 9/12 9/13 9/18 **appearances [2]** 1/16 2/6 **applicable [1]** 7/9 **apply [1]** 7/15 **appropriate [2]** 8/16 8/21 **arguments [1]** 8/17 **asked [1]** 4/21 **assessment [2]** 7/4 7/5 **Assistance [1]** 7/5 **aware [1]** 14/2 **B** **back [2]** 8/8 8/23 **based [1]** 8/2 **basis [4]** 13/11 13/15 13/19 14/5 **BASTIAN [7]** 1/20 2/9 4/13 4/16 5/8 7/11 14/15 **before [7]** 1/14 4/23 5/1 5/18 11/8 12/25 13/16 **behalf [1]** 14/16 **believes [1]** 7/19 **best [1]** 15/4 **between [1]** 11/19 **beverages [1]** 3/20 **beyond [2]** 10/1 12/9 **binding [2]** 6/2 6/4 **both [2]** 6/14 8/14 **briefly [1]** 9/22 **C** **calculated [3]** 7/19 7/23 8/4 **called [1]** 12/6 **came [1]** 9/21 **capable [1]** 14/1 **carries [1]** 6/12 **Celebrex [1]** 4/2 **CENTRAL [1]** 15/2 **certain [1]** 9/6 **CERTIFICATE [1]** 15/1 **Certified [1]** 15/3 **certify [2]** 15/4 15/6 **change [3]** 1/11 1/13 4/21 **Chapter [3]** 6/20 6/21 6/22 **charge [3]** 6/12 11/15 13/3 | **charged [1]** 6/16 **charges [6]** 2/15 6/10 10/3 11/18 13/4 14/2 **cheryl [5]** 1/23 15/3 15/9 15/10 15/13 **child [4]** 2/16 6/11 12/11 13/5 **children [2]** 6/22 6/25 **circumstances [1]** 8/1 **City [3]** 1/6 1/19 1/21 **civil [2]** 10/22 11/1 **clearly [1]** 4/5 **clerk [1]** 2/23 **client [1]** 5/9 **Code [1]** 12/3 **coercion [1]** 6/25 **combination [1]** 4/4 **commerce [3]** 11/24 12/17 12/19 **Commission [1]** 15/13 **commit [1]** 6/20 **competent [1]** 14/1 **complaint [1]** 4/10 **complete [1]** 3/9 **computer [1]** 12/17 **condition [1]** 6/17 **conduct [5]** 4/21 5/1 12/1 12/2 12/14 **conducted [3]** 4/19 7/24 14/12 **confront [1]** 10/5 **consequences [1]** 14/3 **consider [1]** 10/11 **consisting [1]** 15/5 **consumed [1]** 3/19 **contained [2]** 11/22 13/18 **contains [1]** 14/5 **contemplates [1]** 6/9 **contemplating [1]** 2/14 **conveyed [1]** 5/8 **convicted [1]** 10/13 **copy [2]** 4/10 14/12 **counsel [6]** 1/17 1/20 2/6 10/4 15/6 15/7 **Count [6]** 2/15 6/10 11/15 11/19 12/7 13/3 **Court's [2]** 10/6 15/5 **crime [4]** 3/6 8/1 12/7 13/21 **crimes [1]** 6/23 **criminal [3]** 1/12 2/4 8/2 **cross [1]** 10/5 **cross-examine [1]** 10/5 **D** **DAKOTA [5]** 1/2 1/6 11/20 15/1 15/9 **DANETA [1]** 1/14 **date [1]** 14/18 **day [1]** 15/8 **December [1]** 11/20 **December 9th [1]** 11/20 **decided [1]** 10/11 **decisions [1]** 4/5 **defendant [7]** 1/9 1/20 1/22 2/24 11/21 11/24 12/1 **defendant's [2]** 7/22 11/22 **Defender's [1]** 1/20 **defenses [1]** 9/6 **departure [2]** 9/12 9/15 | **deputy [3]** 1/23 11/25 12/2 **depictions [3]** 12/11 12/13 12/16 **determination [1]** 9/14 **device [1]** 12/17 **different [1]** 8/6 **directly [1]** 4/24 **disagreeable [1]** 8/22 **discuss [3]** 5/17 11/8 13/15 **district [12]** 1/1 1/2 1/24 4/19 4/25 11/20 14/7 14/17 15/1 15/1 15/3 15/5 **DIVISION [2]** 1/3 15/2 **document [2]** 11/5 13/12 **doubt [2]** 10/1 12/9 **Dropbox [1]** 11/23 **drugs [1]** 3/23 **During [1]** 2/20 **E** **each [5]** 6/19 7/3 8/15 12/8 14/5 **early [1]** 9/3 **Edward [2]** 3/11 13/3 **either [1]** 8/19 **elements [3]** 12/7 12/8 14/6 **ELLIE [2]** 1/20 2/9 **elsewhere [1]** 11/21 **Email [1]** 15/13 **employee [2]** 15/6 15/7 **end [3]** 7/22 8/5 14/24 **engaging [2]** 12/1 12/14 **English [1]** 3/15 **enter [2]** 2/12 5/21 **entering [1]** 14/1 **essential [3]** 12/6 12/8 14/5 **even [2]** 7/20 9/8 **events [1]** 15/7 **evidence [1]** 8/16 **exact [1]** 8/3 **exactly [1]** 7/21 **examine [1]** 10/5 **example [1]** 10/23 **exceptions [3]** 6/19 9/8 9/17 **excuse [2]** 4/11 4/24 **exercise [1]** 10/9 **expecting [1]** 8/6 **Expires [1]** 15/13 **explicit [2]** 12/1 12/14 **exploitation [1]** 6/22 **F** **facility [1]** 11/23 **fact [2]** 13/22 14/5 **facts [2]** 8/1 13/18 **factual [3]** 13/11 13/15 13/19 **false [1]** 3/7 **falsely [1]** 3/5 **far [1]** 3/17 **federal [2]** 1/20 9/1 **feel [2]** 5/23 8/22 **feels [2]** 8/15 8/21 **felony [2]** 6/20 10/22 **felt [1]** 9/10 **filed [1]** 2/14 **find [1]** 10/14 **finding [1]** 13/24 | **fine [2]** 6/14 6/14 **finished [1]** 14/12 **firearm [1]** 10/25 **first [2]** 9/21 12/10 **five [3]** 6/13 6/15 7/2 **follow [1]** 8/19 **force [1]** 6/25 **foregoing [1]** 15/4 **foreign [3]** 11/24 12/17 12/19 **form [1]** 4/22 **formal [1]** 5/8 **found [1]** 6/16 **fraud [1]** 6/25 **free [2]** 8/15 8/20 **FTR [1]** 15/5 **full [1]** 3/9 **fully [1]** 14/1 **Fund [1]** 7/5 **further [2]** 14/19 15/6 **G** **GARY [10]** 1/8 1/22 2/4 3/11 11/17 11/21 11/24 12/1 13/3 13/25 **gather [1]** 7/25 **gave [1]** 9/11 **given [3]** 2/22 4/16 7/18 **giving [7]** 9/6 9/7 9/18 9/24 10/16 10/22 11/1 **gone [1]** 7/17 **government [11]** 6/3 7/8 7/20 8/14 9/25 12/5 12/9 12/10 12/12 12/15 12/21 **government's [1]** 10/5 **Graduated [1]** 3/18 **Grand [1]** 11/18 **guideline [5]** 7/21 7/23 8/3 8/5 9/12 **guidelines [2]** 7/14 7/18 **guilty [21]** **H** **hand [1]** 15/8 **handling [1]** 4/20 **happen [1]** 2/17 **hearing [7]** 1/11 2/18 2/20 4/19 4/21 4/23 5/1 **HEATHER [2]** 1/17 2/8 **HECKEL [16]** **hereby [1]** 15/4 **hereto [2]** 15/6 15/8 **high [1]** 3/18 **higher [1]** 8/6 **history [1]** 8/2 **hold [2]** 10/11 10/24 **HONORABLE [1]** 1/14 **hook [5]** 1/23 15/3 15/9 15/10 15/13 **hours [2]** 3/19 3/22 **I** **I'd [4]** 5/12 6/6 11/3 13/10 **idea [1]** 7/18 **illegal [1]** 6/23 **illness [1]** 4/8 **images [1]** 11/22 **impose [2]** 8/20 9/15 **imprisonment [1]** 6/14 **inaccurate [1]** 14/15 **incarcerated [2]** 6/18 7/1 **including [2]** 3/23 9/24 |

| | | | | |
|---|---|---|---|---|
| **I** | minimum [2] 6/12 7/1 | pleading [4] 10/13/21 11/1 13/21 | 12/8 | term [2] 4/6 7/2 |
| incorrect [1] 14/15 | minor [1] 11/25 | please [7] 2/2 2/7 2/22 6/8 8/11 11/14 13/2 | resolved [1] 14/17 | terms [1] 5/23 |
| independent [2] 8/3 14/5 | minors [1] 12/14 | pornography [4] 2/17 6/12 12/12 13/5 | Restitution [1] 7/6 | testify [3] 10/8 10/10 10/10 |
| indicates [1] 8/13 | more [1] 12/24 | PORTIONS [1] 1/12 | RESTRICTED [1] 1/13 | TESTIMONY [1] 15/8 |
| indicating [1] 4/22 | Mr. Heckel [6] 2/9 2/11 3/4 5/12 7/13 10/15 | possess [1] 10/25 | review [2] 4/12 6/6 | Thank [7] 2/2 3/2 12/4 13/8 14/21 14/22 14/23 |
| indictment [6] 2/15 4/11 6/10 11/15 12/8 13/4 | Ms. Bastian [5] 4/13 4/16 5/8 7/11 14/15 | possibly [1] 8/6 | rights [7] 9/6 9/7 9/18 9/22 10/16 10/22 11/1 | thereof [1] 8/17 |
| indigent [1] 7/6 | myself [1] 7/21 | power [1] 10/6 | Room [1] 1/18 | third [1] 12/14 |
| information [1] 8/1 | | preliminary [1] 4/23 | RULE [1] 1/12 | thought [1] 2/17 |
| informed [1] 14/2 | **N** | prescription [2] 3/23 3/25 | ruled [1] 14/16 | threats [3] 5/4 5/20 11/11 |
| innocent [1] 10/3 | name [1] 3/10 | present [3] 1/22 8/16 10/3 | **S** | three [4] 9/8 9/13 9/17 12/8 |
| interest [1] 15/7 | narcotics [1] 3/23 | presentence [3] 7/24 7/25 14/11 | satisfied [1] 4/15 | today [7] 5/2 5/11 7/20 9/5 9/9 10/16 14/20 |
| interferes [1] 4/4 | nature [1] 14/2 | presumed [1] 10/2 | SAZAMA [3] 1/17 2/8 11/14 | today's [1] 2/18 |
| interstate [3] 11/23 12/16 12/19 | necessary [1] 2/20 | previously [2] 2/13 2/13 | school [2] 3/17 3/18 | trafficking [1] 6/25 |
| investigation [4] 7/24 7/25 8/3 14/11 | need [2] 12/24 14/19 | prior [1] 8/2 | sdd.uscourts.gov [1] 15/13 | transcribed [1] 15/4 |
| involved [1] 11/25 | new [1] 6/20 | prison [2] 6/13 6/13 | seal [1] 15/8 | Transcriber [1] 1/23 |
| | Ninth [1] 1/18 | private [1] 12/25 | seated [3] 2/2 3/3 13/9 | transcript [2] 1/11 15/4 |
| **J** | Notary [2] 15/4 15/11 | probably [1] 7/18 | second [1] 12/12 | TRANSCRIPTS [1] 1/13 |
| judge [5] 1/14 4/19 4/20 14/8 14/17 | note [1] 2/6 | proceed [3] 4/24 5/1 5/11 | Section [7] 2/16 6/11 6/24 6/24 9/16 12/3 13/4 | transportation [1] 6/23 |
| July [1] 11/19 | number [4] 2/5 9/9 9/11 9/13 | proceedings [1] 14/24 | sentence [7] 6/12 8/15 8/20 8/20 8/22 9/11 9/14 | transported [2] 12/16 12/18 |
| July 13th [1] 11/19 | | produced [1] 12/17 | sentencing [6] 1/13 4/20 7/14 8/14 10/18 14/17 | treated [1] 4/7 |
| jurisdiction [1] 9/10 | **O** | production [1] 11/25 | separate [1] 3/6 | trial [4] 10/1 10/2 10/17 12/5 |
| | oath [2] 2/22 3/5 | promises [3] 5/4 5/20 11/11 | September [1] 15/8 | true [1] 13/19 |
| **K** | objections [1] 14/16 | prosecuted [1] 3/6 | serious [1] 4/7 | turn [5] 5/12 6/7 8/11 11/3 13/10 |
| kidnapping [1] 6/24 | occur [1] 14/18 | prove [7] 9/25 12/6 12/9 12/10 12/13 12/15 12/21 | set [1] 15/8 | two [2] 6/18 9/11 |
| kind [2] 3/24 10/25 | offense [4] 10/22 12/7 14/6 14/9 | provisions [1] 6/6 | Seventy [1] 3/13 | |
| knew [3] 11/24 12/2 12/13 | offers [1] 5/8 | public [5] 1/11 1/20 10/24 15/4 15/11 | Seventy-one [1] 3/13 | **U** |
| knowing [1] 14/4 | office [3] 1/18 1/20 10/24 | pursuant [3] 1/12 2/12 9/16 | sex [1] 6/25 | U.S.C [4] 2/16 6/11 9/16 13/4 |
| knowingly [2] 11/21 12/11 | official [2] 15/3 15/8 | | sexual [3] 6/21 6/21 6/23 | Ultimately [1] 8/5 |
| | old [1] 3/12 | **Q** | sexually [2] 12/1 12/14 | unanimously [1] 10/14 |
| **L** | Omaha [1] 1/21 | questions [3] 2/21 3/5 12/20 | show [1] 10/7 | under [2] 2/22 3/4 |
| last [2] 5/13 11/5 | one [4] 3/13 7/19 9/6 9/9 | | sign [1] 11/12 | understand [15] 3/4 3/7 3/15 5/23 6/1 6/3 8/7 8/9 8/18 8/24 9/2 9/18 10/15 10/19 10/25 |
| later [1] 14/18 | only [2] 8/2 10/17 | **R** | signature [3] 5/14 11/5 13/12 | |
| law [1] 8/21 | open [1] 2/1 | range [5] 7/21 7/23 8/3 8/5 9/12 | signed [5] 2/13 4/22 5/18 11/9 13/16 | UNITED [10] 1/1 1/5 1/14 2/3 2/8 11/16 12/3 13/25 15/1 15/3 |
| least [3] 6/13 6/15 7/2 | opportunity [6] 4/11 4/12 5/16 7/13 11/7 13/14 | Rapid [3] 1/6 1/19 1/21 | silent [1] 10/9 | unless [1] 7/5 |
| left [1] 10/17 | order [1] 10/13 | read [5] 3/14 5/16 11/7 11/14 13/14 | sit [2] 7/19 10/24 | until [1] 7/23 |
| length [1] 9/13 | ordered [1] 7/7 | Realtime [1] 15/3 | sorry [1] 2/25 | upward [3] 9/11 9/15 9/15 |
| life [2] 6/15 7/2 | outcome [1] 15/7 | reason [1] 7/22 | SOUTH [5] 1/2 1/6 11/20 15/1 15/9 | use [2] 10/6 11/25 |
| likely [1] 7/17 | over [5] 7/18 8/9 8/24 9/10 9/23 | reasonable [2] 10/1 12/9 | SS [1] 15/1 | using [2] 11/23 12/18 |
| limited [1] 9/17 | | reasonableness [1] 9/14 | stand [2] 2/22 13/2 | |
| limits [1] 8/16 | **P** | receipt [3] 2/16 6/11 13/5 | start [2] 8/8 8/24 | **V** |
| LOCAL [1] 1/12 | page [6] 5/13 5/14 6/8 8/11 11/5 13/11 | received [4] 4/10 8/22 11/21 12/11 | statement [4] 3/7 13/11 13/15 13/19 | valuable [1] 10/22 |
| look [2] 6/8 8/12 | page 11 [1] 5/14 | recommend [1] 8/15 | STATES [10] 1/1 1/5 1/14 2/4 2/8 11/16 12/3 13/25 15/1 15/3 | variance [1] 9/16 |
| looking [3] 5/14 11/4 13/11 | page 2 [1] 6/8 | recommendation [3] 8/19 14/7 14/10 | statutory [1] 8/16 | versus [3] 2/4 11/17 13/25 |
| Lyrica [1] 4/2 | page 3 [1] 13/11 | record [1] 2/7 | subpoena [1] 10/6 | Victims [1] 7/4 |
| | page 4 [1] 8/11 | recording [1] 15/5 | substantial [1] 9/14 | violated [1] 6/17 |
| **M** | pages [1] 15/5 | regarding [2] 8/14 8/20 | such [3] 11/25 12/2 15/7 | violation [7] 2/15 6/10 6/19 6/20 7/3 12/3 13/4 |
| made [4] 5/4 5/9 5/20 11/11 | paragraph [4] 6/8 6/9 8/12 8/13 | Registered [1] 15/3 | supervised [3] 6/15 6/17 7/1 | visit [2] 7/14 12/24 |
| magistrate [2] 1/14 4/19 | parole [2] 9/2 9/3 | related [1] 6/23 | supervision [1] 6/16 | visual [6] 11/22 11/25 12/2 12/11 12/13 12/15 |
| make [4] 4/5 8/17 8/18 10/6 | parties [2] 6/2 15/6 | relative [2] 15/6 15/7 | supplement [3] 11/4 11/8 11/12 | voluntary [1] 14/4 |
| making [1] 3/6 | party's [1] 8/19 | release [4] 6/15 6/17 7/1 9/3 | support [1] 8/17 | vote [1] 10/23 |
| mandatory [2] 6/12 7/2 | past [2] 3/19 3/22 | remain [1] 10/9 | supported [1] 14/4 | vs [1] 1/7 |
| manufactured [1] 12/18 | penalties [1] 7/9 | REPORTER [5] 15/1 15/3 15/3 15/4 15/11 | sure [2] 8/18 10/6 | |
| March [1] 1/8 | period [1] 6/14 | representation [1] 4/16 | swear [1] 2/23 | **W** |
| materials [1] 12/18 | perjury [1] 3/6 | represented [1] 10/4 | sworn [1] 2/24 | waive [3] 4/23 4/25 5/5 |
| matter [2] 2/3 11/16 | persist [1] 9/25 | require [1] 9/25 | system [2] 9/1 15/5 | wanted [1] 10/9 |
| maximum [1] 7/8 | person [1] 10/4 | required [3] 2/21 8/19 | | WESTERN [1] 1/3 |
| meaning [1] 8/14 | phone [2] 12/17 15/12 | | **T** | wish [2] 4/23 4/25 |
| means [1] 11/23 | Pierre [5] 1/24 1/25 15/8 15/11 15/12 | | taken [2] 3/22 4/1 | |
| medication [2] 3/25 4/4 | place [1] 2/11 | | | |
| medications [2] 3/23 4/4 | Plaintiff [2] 1/6 1/17 | | | |
| mental [1] 4/8 | plea [21] | | | |
| Merit [1] 15/3 | plead [9] 2/14 6/9 7/23 9/5 9/9 9/23 9/24 12/25 13/6 | | | |
| might [1] 7/15 | | | | |

**W**

**wit [1]** 11/22
**withdraw [2]** 8/8 8/23
**witnesses [2]** 10/5 10/7
**WOLLMANN [1]** 1/14
**write [1]** 3/14
**written [1]** 2/12

**Y**

**years [5]** 6/13 6/13 6/15 6/18 7/2
**your Honor [2]** 8/10 13/13